HUGHES HUBBARD & REED LLP
Daniel H. Weiner (DW 6140)
David G. Liston (DL 2348)
Melissa R. Chernofsky (MC 9673)
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADNAN ABOU AYYASH,<br><br>                              Plaintiff,<br><br>            v.<br><br>BANK AL-MADINA, UNITED CREDIT BANK, RANA ABDELRAHIM KOLEILAT, TAHA ABDELRAHIM KOLEILAT, BASSEL ABDELRAHIM KOLEILAT, RENE MOAWAD, JOUMANA MOHAMAD AYYAS and JOHN DOES 1-10,<br><br>                              Defendants. | 04 Civ. 9201 (GEL) |

### APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR SERVICE IN A FOREIGN COUNTRY

Pursuant to Fed. R. Civ. P. 4(f), plaintiff Adnan Abou Ayyash ("plaintiff"), by his undersigned attorneys, petitions the Court for issuance of a letter of request for international judicial assistance in the form annexed hereto, requesting that the appropriate court in Lebanon cause to be served upon defendants Bank Al-Madina, United Credit Bank, Rana Abdelrahim Koleilat, Taha Abdelrahim Koleilat, Bassel

Abdelrahim Koleilat, Rene Moawad and Joumana Mohamad Ayyas copies of the summons and complaint in the instant action.

In support of his motion, plaintiff relies on the attached Declaration of Melissa R. Chernofsky.

Dated:   New York, New York
         February 18, 2005

HUGHES HUBBARD & REED LLP

___s/_____
By:   Daniel H. Weiner (DW 6140)
      David G. Liston (DL 2348)
      Melissa R. Chernofsky (MC 9673)
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

Attorneys for Plaintiff

NY-919551_1.DOC

2