UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADNAN ABOU AYYASH,<br><br>                            Plaintiff,<br><br>              v.<br><br>BANK AL-MADINA, UNITED CREDIT BANK, RANA ABDELRAHIM KOLEILAT, TAHA ABDELRAHIM KOLEILAT, BASSEL ABDELRAHIM KOLEILAT, RENE MOAWAD, JOUMANA MOHAMAD AYYAS and JOHN DOES 1-10,<br><br>                            Defendants. | 04 Civ. 9201 (GEL) |

### REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

TO THE APPROPRIATE JUDICIAL AUTHORITY IN LEBANON:

WHEREAS, there is currently pending before the United States District Court for the Southern District of New York a civil action captioned *Adnan Abou Ayyash v. Bank Al-Madina, United Credit Bank, Rana Abdelrahim Koleilat, Taha Abdelrahim Koleilat, Bassel Abdelrahim Koleilat, Rene Moawad, Joumana Mohamad Ayyas and John Does 1-10*, Case 04 Civ. 9201 (GEL), in which plaintiff Adnan Abou Ayyash seeks a civil judgment against defendants Bank Al-Madina, United Credit Bank, Rana Abdelrahim Koleilat, Taha Abdelrahim Koleilat, Bassel Abdelrahim Koleilat, Rene Moawad, Joumana Mohamad Ayyas and John Does 1-10;

WHEREAS, it has been represented to this Court that defendants reside at the addresses on the accompanying summonses, as set forth below:

Bank Al-Madina and United Credit Bank
Bank Al-Madina Building
Commodore Street, Hamra
P.O.Box: 113-7221
Hamra - Beirut 11032160
Lebanon

Rana Abdelrahim Koleilat
Lea Building Mousaitbeh
Beirut
Lebanon

Bassel Abdelrahim Koleilat
Al Mada Building
Ain Al Mrieseh
Beirut
Lebanon

Joumana Mohamad Ayyas
Beirut Women's Jail
Barbar Al-Khazen Military Base
Rashid Karami Street-Verdun
Beirut, Lebanon

Rene Moawad
Villa Rene Mouawad
Street No. 8
Rabieh-Maten
Lebanon

Taha Abdelrahim Koleilat
Al Riasiah (Presidential) Building
Ramlet Al Biada
Beirut
Lebanon

WHEREAS, the courts of the United States are authorized by statute, Section 1696, Title 28, United States Code, to extend assistance to the judicial authorities of Lebanon in like cases involving the defrauding of an international financial institution.

NOW, THEREFORE, the United States District Court for the Southern District of New York respectfully requests that you cause one copy of the attached Summons and Complaint, and the translation thereof, to be served on each named defendant in the manner prescribed for service of similar documents under the laws of Lebanon. The Court further requests that, after service has been made, you cause the person or persons who serve the documents on each named defendant to execute the attached "Certificate of Service" and return it, together with your certification and a copy of the documents served, to this Court.

This Court stands ready to reimburse you for all expenses incurred in executing this request for international judicial assistance.

WHREEAS, the Court extends to the judicial authorities of Lebanon the assurances of its highest consideration.

                                                                              Hon. Gerard E. Lynch
                                                                              United States District Judge

Dated: _____

Enclosures:
Summons and Complaint (6 copies)
Translation of Above (6 copies)
Certificate of Service

NY-920412_1.DOC