# B

Dr. Adnan Abou Ayyash

الدكتور عدنان أبو عياش

الرقم: ٢٥/ب م/٢٠٠٣
التاريخ: ٢٢/شوال/١٤٢٤هـ
الموافق: ١٦/ديسمبر/٢٠٠٣م

حضـــرة الأستـــاذ أندريـــــه بندلـــــــي المحترم
مدير بنك المدينة المؤقت - بيروت - لبنان

السلام عليكم ورحمة الله وبركاته،

نـود الإشــارة إلى أن المـبالغ المالـية الـتي قمـنا بتحويلها خلال السنوات الـثلاث الماضية إلى حسابي الشخصي رقم (٦٩٩١١) وحسابي الشخصي رقـم (٨) لدى بنك المدينة قد بلغت (٧٨٥،٥٨٠،٠٠٠$) سبعمائة وخمسة وثمانون مليوناً وخمسـمائة وثمانون ألف دولار أمريكي وفقاً للبيان المرفق والمستندات الخاصة بهذه التحاويل.

وحيـث أننا علمنا مؤخراً بأن هذين الحسابين غير موجوديـن في القيود الدفتريـة وسـجلات الحاسـب الآلي بالبنك، لذا أطالب بصفتي الشخصيـــة وبحقـــي القـــانوني كصــاحب حســاب في هـــذا البـــنك ولـــدي رصيـــد مقـــــــــداره (٧٨٥،٥٨٠،٠٠٠$) ســبعمائة وخمســة وثمــانون ملـيوناً وخمســمائة وثمــانون الف دولار أمريكي معرفة مصير وحقيقة ما جرى بأموالي الشخصـية وكـيف تم التصرف بها ومن قام بذلك. مؤكداً لكم عدم قيامي خلال هـذه الفـترة بـتقديم أي طلـب لـتحويل هـذه المبالغ أو جزء منها لأي حساب أو مصـرف آخـر. آمـلاً أن يحظى هذا الطلب بإهتمامكم لإفادتي عن هذا الموضوع، لنصـل إلى الحقـيقـة ومحاسـبة المتصرفيـن بالحسابات البنكيـة والمختلسيـن للأرصدة الموجودة فيها بإذن الله.

وتفضلوا بقبول فائق التحية والإحترام،

المخلـــص

الدكتور عدنان أبو عيـــــاش

• صورة مع التحية والإحترام إلى سعادة حاكم مصرف لبنـــــــان.
• صورة مع التحية والإحترام إلى سعادة رئيس لجنة الرقابة على المصارف.
• صورة مع التحية والإحترام إلى سعادة الدكتور منيـف حمــــــدان.

To B of M. - Temp. Mgr. when to send $ as acct does not exist from Dr A.

# LIST OF TRANSFERS
# TO: BANK AL-MADINA
# BENEFICIARY: DR. ADNAN ABOU-AYYASH
# PERIOD: 25 NOV. 1999 TO 05 MAR. 2003

December 16, 2003

بنك المدينة
BANK AL-MADINA

SAVINGS BOOK No. دفتر توفير رقم

BRANCH HAMRA الفرع CURRENCY 001 العملة

IMAN H. DAHER
B. 19

NATURE OF A/C TIME SAVING ACCOUNTS نوع الحساب ACCOUNT N. 78 حساب رقم

NAME BOU AYYASH DR ADNAN الاسم

| | التاريخ DATE | سحب WITHDRAWAL | ايداع DEPOSIT | الرصيد BALANCE | التوقيع SIGNATURE |
|---|---|---|---|---|---|
| 1 | 28/3/01 | | 400,000,000.00 | 400,000,000.00 | TRF |
| 2 | 27/8/01 | | 150,000,000.00 | 550,000,000.00 | TRF |
| 3 | 5/11/01 | | 150,000,000.00 | 700,000,000.00 | TRF |
| 4 | 11/11/02 | | 200,000,000.00 | 900,000,000.00 | TRF |

# LIST OF TRANSFERS
## TO: BANK AL-MADINA
## BENEFICIARY: DR. ADNAN ABOU-AYYASH
## PERIOD: 25 NOV. 1999 to 05 MAR. 2003

| Transfer No. | Date | Amount (US$) | Madina Bank A/c No. | Source of Transfer | Reference Attached Report |
|---|---|---|---|---|---|
| 1. | 25 Nov. 1999 | 1,400,000 | 00069911 | Arab National Bank, Ryd | Page 1/52 |
| 2. | 17 Feb. 2000 | 3,000,000 | 00069911 | UBS, Zurich | Page 3/52 |
| 3. | 30 Apr. 2000 | 470,000 | 00069911 | Arab National Bank, Ryd | Page 5/52 |
| 4. | 25 Jun. 2000 | 1,000,000 | 00069911 | Arab National Bank, Ryd | Page 6/52 |
| 5. | 04 Jul. 2000 | 200,000 | 00069911 | Arab National Bank, Ryd | Page 7/52 |
| 6. | 08 Jul. 2000 | 100,000 | 00069911 | Bank Saudi Fransi | Page 8/52 |
| 7. | 08 Aug. 2000 | 150,000 | 00069911 | Bank Saudi Fransi | Page 9/52 |
| 8. | 04 Oct. 2000 | 10,000,000 | 00069911 | Credit Suisse | Page 11/52 |
| 9. | 09 Nov. 2000 | 10,000,000 | 00069911 | UBS, Zurich | Page 3/52 |
| 10. | 30 Nov. 2000 | 5,000,000 | 00069911 | UBS, Geneva | Page 14/52 |
| 11. | 04 Dec. 2000 | 5,000,000 | 00069911 | UBS, Zurich | Page 3/52 |
| 12. | 07 Feb. 2001 | 30,000,000 | 00069911 | UBS, Zurich | Page 3/52 |
| 13. | 23 Mar. 2001 | 40,000,000 | 00069911 | UBS, Zurich | Page 3/52 |
| 14. | 28 Mar. 2001 | 50,000,000 | 00069911 | Credit Suisse | Page 11/52 |
| 15. | 03 Apr. 2001 | 20,000,000 | 00069911 | Credit Suisse | Page 11/52 |
| 16. | 27 Aug. 2001 | 150,000,000 | 00069911 | UBS, Zurich | Page 3/52 |
| 17. | 27 Dec. 2001 | 200,000,000 | 00069911 | UBS, Zurich | Page 3/52 |
| 18. | 03 Oct. 2002 | 30,000,000 | 00069911 | UBS, Zurich | Page 3/52 |
| 19. | 08 Oct. 2002 | 100,000,000 | 00069911 | Credit Suisse | Page 11/52 |
| 20. | 11 Nov. 2002 | 5,000,000 | 00069911 | UBS, Zurich | Page 3/52 |
| 21. | 22 Nov. 2002 | 10,000,000 | 00069911 | UBS, Zurich | Page 3/52 |
| 22. | 05 Mar. 2003 | 15,000,000 | 8 | UBS, Zurich | Page 4/52 |
| 23. | 05 Mar. 2003 | 42,000,000 | 8 | Saudi British Bank, Ryd | Page 15/52 |
| 24. | 05 Mar. 2003 | 10,000,000 | 8 | Saudi British Bank, Ryd | Page 16/52 |
| 25. | 05 Mar. 2003 | 3,000,000 | 8 | Arab National Bank, Ryd | Page 17/52 |
| 26. | 05 Mar. 2003 | 10,000,000 | 8 | Arab National Bank, Ryd | Page 18/52 |
| 27. | 29 Apr. 2002 | 16,260,000 | 00069911 | BLOM Bank, Beirut | Page 19 to 52 |
| 28. | 2002 | 18,000,000 | 00069911 | BDL Provisions | |
| | TOTAL... | 785,580,000 | | | |

# TRANSFER APPLICATION طلب تحويل

Date 25.11.1999 التاريخ

The manager Arab National Bank إلى مدير البنك العربي الوطني

Branch SITTEEN فرع

Please transfer on our behalf the following الرجاء تحويل نيابة عنا ما يلي :

| عملة الدفع Payment Curr. | المبلغ المحول TRANSFER AMOUNT | عملة التحويل Transfer Curr. |
|---|---|---|
| USD | 1,400,000/= | USD |

☐ Issue of cheque ☒ Telex Transfer ☐ تحويل بالتلكس ☐ إصدار شيك

For the Sum of U.S. DOLLARS ONE MILLION FOUR HUNDRED THOUSAND ONLY. بمبلغ

☐ Payment of which by CASH ☐ تسدد المبلغ نقداً

☒ We authorise you to debit our A/C No. plus your charge & comm. 67008/70028400 ☐ نفوضكم بالقيد على حسابنا لديكم رقم زائد مصاريفكم وعمولاتكم

**Applicant's Name & Address** إسم المحول وعنوانه

DR. ADNAN ABOU-AYYASH

I.D. No.: رقم الحفيظة / الإقامة:

**Beneficiary** المستفيد

Name: DR. ADNAN ABOU-AYYASH :إسمه

Address: :عنوانه

A/c. No.: 000699611 :رقم حسابه

**Beneficiary's Bank** بنك المستفيد

AMERICAN EXPRESS TOWER, WORLD FINANCIAL TOWER
NEW YORK, N.Y. 10285-2150
TO BANK AL-MADINA SAL, HAMRA BRANCH,
SWIFT AMAD LBBE A/C 8-01-2.

**Details** تفاصيل

**For Bank's Use Only** لإستعمال البنك فقط

| | |
|---|---|
| المبلغ Amount | 14..... |
| السعر Rate | |
| المعادل بالريال Equi. SR. | |
| العمولة Commission | |
| مصاريف التلكس Postages | |
| الإجمالي Total | 14..... |

Cashier's Stamp ختم أمين الصندوق

البنك العربي الوطني فرع الستين 25 SEP 1999 ... للتوجيه

Value Date: 26.11.99 :تاريخ الحق

Sponsor's Name & Address: :إسم الكفيل وعنوانه

Tel. No.: 464-1188 :رقم الهاتف

| Sig. Checked دقق التوقيع | توقيع طالب التحويل Applicant's Signature | أوافق على الشروط المذكورة على ظهر هذا الطلب I agree on the conditions written on the reverse of this application |
|---|---|---|

ملاحظة: حفظا لحق العميل نرجو التأكد أن هذه النسخة لدى استلامها مختومة بماكينة أمين الصندوق أو بختمه وتوقيعه وبخلاف ذلك لا يترتب عليها أي أثر قانوني.

N.B.: Customer should make sure that this copy has been stamped by Teller's machine or stamped & signed by cashier otherwise it shall have no legal effect.

**FOR BANK'S USE ONLY** لإستعمال البنك فقط

رمز و إسم الفرع / البنك المسحوب عليه [ ]

عنوانه [ ] رمز البلد وإسمها

رقم حساب البنك المغطي [ ] 7200 7412

رقم الحساب الدائن [ ]

الرقم الإشاري 99/102/4943 رقم الشيك

أعدت أدخلت الحاسب الآلي البنك العربي الوطني

التوقيع باستلام الشيك

ع ن ١٢٩/ ٩١/ ٦٠٧٤٠٠

Tel. +41-1-237 11 11
Pier Tintori
AVKW-TIT
Tel. +41-1-237 54 70
Fax +41-1-237 54 81

www.ubs.com

**Private and confidential**
Dr. Adnan Abou-Ayyash
Rashid Engineering
P.O. Box 4354
Riyadh 11491 / Saudi Arabia

October 7th, 2003

**Payments to Bank Al-Madina Sal, Beirut and Banque du Liban, Beirut 1998 until today**

Dear Dr. Abou-Ayyash,

As requested, we confirm having transferred to the debit of your account number 0230-709.028 the following amounts to the above-mentioned banks:

| Value Date<br>Bank | Beneficiary | account No. | currency | amount |
|---|---|---|---|---|
| 26.01.1998<br>Bank Al-Madina Sal, Beirut | Ibrahim Abou-Ayyash | 01.06.01.49.12 | USD | 15'000'000.00 |
| 30.09.1998<br>Bank Al-Madina Sal, Beirut | Ibrahim Abou-Ayyash | 01.06.01.49.12 | USD | 4'000'000.00 |
| 20.11.1998<br>Bank Al-Madina Sal, Beirut | Ibrahim Abou-Ayyash | 01.06.01.49.12 | USD | 6'000'000.00 |
| 11.02.1999<br>Bank Al-Madina Sal, Beirut | Ibrahim Abou-Ayyash | 01.06.01.49.12 | USD | 400'000.00 |
| 22.04.1999<br>Bank Al-Madina Sal, Beirut | Ibrahim Abou-Ayyash | 01.06.01.49.12 | USD | 3'000'0000.00 |

UBS AG

Pier Tintori
Executive Director

Elisabeth Marbacher
Director

continues on page 2



| | | | | |
|---|---|---|---|---|
| 03.08.1999<br>Bank Al-Madina Sal, Beirut | Ibrahim Abou-Ayyash | 01.06.01.49.12 | USD | 1'200'000.00 |
| 17.02.2000<br>Bank Al-Madina Sal, Beirut | Dr. Adnan Abou-Ayyash | 000699611 | USD | 3'000'000.00 |
| 10.03.2000<br>Bank Al-Madina Sal, Beirut | Ibrahim Abou-Ayyash | 01.06.01.49.12 | USD | 12'000'000.00 |
| 10.05.2000<br>Bank Al-Madina Sal, Beirut | Ibrahim Abou-Ayyash | 01.06.01.49.12 | USD | 1'500'000.00 |
| 09.11.2000<br>Bank Al-Madina Sal, Beirut | Dr. Adnan Abou-Ayyash | 00069911 | USD | 10'000'000.00 |
| 04.12.2000<br>Bank Al-Madina Sal, Beirut | Dr. Adnan Abou-Ayyash | 00069911 | USD | 5'000'000.00 |
| 07.02.2001<br>Bank Al-Madina Sal, Beirut | Dr. Adnan Abou-Ayyash | 00069911 | USD | 30'000'000.00 |
| 23.03.2001<br>Bank Al-Madina Sal, Beirut | Dr. Adnan Abou-Ayyash | 00069911 | USD | 40'000'000.00 |
| 27.08.2001<br>Bank Al-Madina Sal, Beirut | Dr. Adnan Abou-Ayyash | 00069911 | USD | 150'000'000.00 |
| 27.12.2001<br>Bank Al-Madina Sal, Beirut | Dr. Adnan Abou-Ayyash | 00069911 | USD | 200'000'000.00 |
| 03.10.2002<br>Bank Al-Madina Sal, Beirut | Dr. Adnan Abou-Ayyash | 00069911 | USD | 30'000'000.00 |
| 11.11.2002<br>Bank Al-Madina Sal, Beirut | Dr. Adnan Abou-Ayyash | 00069911 | USD | 5'000'000.00 |
| 22.11.2002<br>Bank Al-Madina Sal, Beirut | Dr. Adnan Abou-Ayyash | 00069911 | USD | 10'000'000.00 |

UBS AG

Pier Tintori
Executive Director

Elisabeth Marbacher
Director

continues on page 3



| | | | | |
|---|---|---|---|---|
| 29.11.2002<br>Banque du Liban, Beirut | Dr. Adnan Abou-Ayyash | - | USD | 20'000'000.00 |
| 12.12.2002<br>Banque du Liban, Beirut | Dr. Adnan Abou-Ayyash | - | USD | 80'000'000.00 |
| 10.02.2003<br>Banque du Liban, Beirut | Dr. Adnan Abou-Ayyash | - | USD | 50'000'000.00 |
| 05.03.2003<br>Bank Al-Madina Sal, Beirut | Dr. Adnan Abou-Ayyash | 8 | USD | 15'000'000.00 |

Trusting that this will serve your purpose, we remain,

Yours faithfully,

UBS AG

Pier Tintori
Executive Director

Elisabeth Marbacher
Director



TRANSFER APPLICATION طلب تحويل

Date 30/4/2000 التاريخ

The manager Arab National Bank إلى مدير البنك العربي الوطني

Branch SITTEEN فـرع

Please transfer on our behalf the following الرجاء تحويل نيابة عنا ما يلي :

| عملة الدفع Payment Curr. | المبلغ المحول TRANSFER AMOUNT | عملة التحويل Transfer Curr. |
|---|---|---|
| SR | 470,000/= | USD |

☐ Issue of cheque ☒ Telex Transfer ☐ إصدار شيك ☐ تحويل بالتلكس

the Sum of U.S. DOLLARS FOUR HUNDRED SEVENTY THOUSAND ONLY.-------- بمبلغ

☐ Payment of which by CASH ☐ تسدد المبلغ نقدا

☐ We authorise you to debit our A/C No. plus your charge & comm. 01008/70028400 ☐ نفوضكم بالقيد على حسابنا لديكم رقم زائد مصاريفكم وعمولاتكم

**Applicant's Name & Address إسم المحول وعنوانه**

DR. ADNAN ABOU-AYYASH

I.D. No.: ________ رقم الحفيظة / الإقامة:

**For Bank's Use Only لإستعمال البنك فقط**

| | | |
|---|---|---|
| المبلغ Amount | $ ٤٧٠,٠٠٠ | |
| السعر Rate | ٣,٧٥١٥ | |
| المعادل بالريال Equi. SR. | ١,٧٦٣,٢٠٥ | — |
| العمولة Commission | — | |
| مصاريف التلكس Postages | — | |
| الإجمالي Total | SR ١,٧٦٣,٢٠٥ | — |

**Beneficiary المستفيد**

Name: DR. ADNAN ABOU-AYYASH :إسمـه

Address: ________ :عنوانـه

A/c. No.: 000699611 :رقم حسابه

**Cashier's Stamp ختم أمين الصندوق**

**Beneficiary's Bank بنك المستفيد**

AMERICAN EXPRESS TOWER, WORLD FINANCIAL TOWER
NEW YORK, N.Y. 10285-2150
TO BANK AL-MADINA SAL, HAMRA BRANCH,
SWIFT AMAD LBBE A/C 8012.

**Details تفاصيل**

Value Date: 02.5.2000 :تاريخ الحق

Sponsor's Name & Address: ________ :إسم الكفيل وعنوانه

Tel. No.: 464-1188 :رقم الهاتف

| Sig. Checked دقق التوقيع | توقيع طالب التحويل Applicant's Signature | أوافق على الشروط المذكورة على ظهر هذا الطلب I agree on the conditions written on the reverse of this application |
|---|---|---|

**FOR BANK'S USE ONLY لإستعمال البنك فقط**

________ [ ] رمز و إسم الفرع / البنك المسحوب عليه

________ [ ] رمز البلد وإسمها ________ عنوانه

________ [ ] رقم حساب البنك المغطي

________ [ ] رقم الحساب الدائن

________ رقم الشيك ________ 2000/102/1475 الرقم الإشاري

البنك العربي الوطني ________ أدخلت الحاسب الآلي ________ أعدت

التوقيع باستلام الشيك ________

ع ش / ٩١ / ١٣٩ / ٢٠٠٠ ٦٠٧٤٠

N.B.: Customer should make sure that this copy has been stamped by Teller's machine or stamped & signed by cashier otherwise it shall have no legal effect.

ملاحظة: حفظا لحقوق العميل يجب التأكد بأن هذه النسخة قد تم ختمها بماكينة أمين الصندوق أو بختمه وتوقيعه وبخلاف ذلك لا يعتد بها كمستند أو أثر قانوني.

# TRANSFER APPLICATION طلب تحويل

Date 25/6/2000 التاريخ

The manager Arab National Bank إلى مدير البنك العربي الوطني

Branch SITTEEN فرع

Please transfer on our behalf the following الرجاء تحويل نيابة عنا ما يلي :

| عملة الدفع Payment Curr. | المبلغ المحول TRANSFER AMOUNT | عملة التحويل Transfer Curr. |
|---|---|---|
| SR | 1,000,000/= | US$ |

☐ Issue of cheque ☒ Telex Transfer ☐ إصدار شيك ☐ تحويل بالتلكس

the Sum of U.S. DOLAARS ONE MILLION ONLY. بمبلغ

☐ Payment of which by CASH ☐ تسدد المبلغ نقدا

☐ We authorise you to debit our A/C No. plus your charge & comm. 01008 / 70028400 ☐ نفوضكم بالقيد على حسابنا لديكم رقم زائد مصاريفكم وعمولاتكم

**Applicant's Name & Address إسم المحول وعنوانه**

DR. ADNAN ABOU-AYYASH

I.D. No.: رقم الحفيظة / الإقامة:

**For Bank's Use Only لإستعمال البنك فقط**

| | | |
|---|---|---|
| المبلغ Amount | ١,٠٠٠,٠٠٠ $ | — |
| السعر Rate | ٣,٧٥١٥ | |
| المعادل بالريال Equi. SR. | ٣,٧٥١,٥٠٠ | — |
| العمولة Commission | | |
| مصاريف التلكس Postages | | |
| الإجمالي Total | ٣,٧٥١,٥٠٠ ريال | — |

**Beneficiary المستفيد**

Name: DR. ADNAN ABOU-AYYASH إسمه:

Address: عنوانه:

A/c. No.: 00069911 رقم حسابه:

**Cashier's Stamp ختم أمين الصندوق**

**Beneficiary's Bank بنك المستفيد**

AMERICAN EXPRESS TOWER, WORLD FINANCIAL CENTER
~~NEW YORK, N.Y. 10235-2150.~~
TO BANK AL-MADINA SAL, HAMRA BRANCH, BEIRUT
SWIFT AMAD LBBE A/C 8 01 2. LEBANON.

**Details تفاصيل**

Value Date: 27.6.2000 تاريخ الحق:

Sponsor's Name & Address: إسم الكفيل وعنوانه:

Tel. No.: 4641188 رقم الهاتف:

| Sig. Checked دقق التوقيع | توقيع طالب التحويل Applicant's Signature | أوافق على الشروط المذكورة على ظهر هذا الطلب I agree on the conditions written on the reverse of this application |
|---|---|---|

**FOR BANK'S USE ONLY لإستعمال البنك فقط**

رمز و إسم الفرع / البنك المسحوب عليه [ ]

عنوانه رمز البلد وإسمها [ ]

رقم حساب البنك المغطي [ ]

رقم الحساب الدائن [ ]

الرقم الإشاري 102/00/2199 رقم الشيك

أعدت أدخلت الحاسب الآلي البنك العربي الوطني

التوقيع باستلام الشيك

N.B.: Customer should make sure that this copy has been stamped by Teller's machine or stamped & signed by cashier otherwise it shall have no legal effect.

ملاحظة: حفظا لحقوق العميل نرجو التأكد أن هذه النسخة لدى إستلامها ختمت بماكنة أمين الصندوق أو بختمه وتوقيعه وبخلاف ذلك لا يترتب عليها أي أثر قانوني.

0752

# TRANSFER APPLICATION

# طلب تحويل

Date 4/7/2000 — التاريخ

The manager **Arab National Bank** — إلى مدير البنك العربي الوطني

Branch SITTEEN — فرع

Please transfer on our behalf the following — الرجاء تحويل نيابة عنا ما يلي :

| عملة الدفع Payment Curr. | المبلغ المحول TRANSFER AMOUNT | عملة التحويل Transfer Curr. |
|---|---|---|
| SR | 200,000/= | US$ |

☐ Issue of cheque — إصدار شيك ☐
☒ Telex Transfer — تحويل بالتلكس ☐

the Sum of U.S. DOLLARS TWO HUNDRED THOUSAND ONLY. ----- بمبلغ

☐ Payment of which by CASH — تسدد المبلغ نقدا ☐

☐ We authorise you to debit our A/C No. plus your charge & comm. — نفوضكم بالقيد على حسابنا لديكم رقم زائد مصاريفكم وعمولاتكم ☐

01008 / 70028400

**Applicant's Name & Address** — إسم المحول وعنوانه

DR. ADNAN ABOU-AYYASH

I.D. No.: — رقم الحفيظة / الإقامة:

**Beneficiary** — المستفيد

Name: DR. ADNAN ABOU-AYYASH — إسمه:

Address: — عنوانه:

A/c. No.: 00069911 — رقم حسابه:

**Beneficiary's Bank** — بنك المستفيد

AMERICAN EXPRESS TOWER, WORLD FINANCIAL CENTER
NEW YORK, N.Y. 10235-2150.
TO BANK AL-MADINA SAL, HAMRA BRANCH BEIRUT
SWIFT AMAD LBBE A/C 8 01 2. LEBANON.

**Details** — تفاصيل

**For Bank's Use Only** — لإستعمال البنك فقط

| | | |
|---|---|---|
| المبلغ Amount | $ ٢٠٠,٠٠٠ | — |
| السعر Rate | ٣,٧٥١٥ | |
| المعادل بالريال Equi. SR. | ٧٥٠,٣٠٠ | — |
| العمولة Commission | — | — |
| مصاريف التلكس Postages | — | — |
| الإجمالي Total | ٧٥٠,٣٠٠ | — |

**Cashier's Stamp** ختم أمين الصندوق

Value Date: تاريخ الحق: THURSDAY 06 JUL 2000

Sponsor's Name & Address: — إسم الكفيل وعنوانه:

Tel. No.: 464-1188 — رقم الهاتف:

Sig. Checked — دقق التوقيع

Applicant's Signature — توقيع طالب التحويل

أوافق على الشروط المذكورة على ظهر هذا الطلب
I agree on the conditions written on the reverse of this application

## FOR BANK'S USE ONLY — لإستعمال البنك فقط

رمز و إسم الفرع / البنك المسحوب عليه [ ]

عنوانه — رمز البلد وإسمها [ ]

رقم حساب البنك المغطي [ ]

رقم الحساب الدائن [ ]

الرقم الإشاري 102/02/2353 — رقم الشيك

أدخلت الحاسب الآلي — عدت

البنك العربي الوطني

التوقيع باستلام الشيك

ملاحظة: خفظا لحقوق العميل نرجو التأكد أن هذه النسخة لدى استلامها قد ختمت بماكنة أمين الصندوق أو بختمه وتوقيعه وبخلاف ذلك لا يترتب عليها أي أثر قانوني

N.B.: Customer should make sure that this copy has been stamped by Teller's machine or stamped & signed by cashier otherwise it shall have no legal effect.

ع ش ٢٩/٩١/٢٠٠٠٠٠ ٦٠٧٤

البنك السعودي الفرنسي
Al Bank Al Saudi Al Fransi

قسيمة تحويل / صرف شيك / شيكات سياحية
TRANSFER / DRAFT / TCs FORM

الرجاء إختيار واحدة مما يلي
PLEASE SELECT ONE OF THE FOLLOWING

DATE 08/07/2000 التاريخ

[X] Telex Transfer تحويل بالتلكس  [ ] Bank Draft شيك مصرفي  [ ] Travellers Cheques شيكات سياحية
[ ] Inter BSF Transfer تحويل بين فروعنا  [ ] Internal Transfer تحويل داخلي  [ ] Others أخرى

AGAINST: [ ] CASH OR [X] DEBIT TO MY / OUR ACCOUNT  مقابل: [ ] نقداً أو [ ] الخصم من حسابي / حسابنا

50 - FROM: CUSTOMER'S NAME: DR. ADNAN ABOU-AYYASH من: بإسم العميل:

Account No. 5 6 1 9 3 4 0 0 5 7 6 رقم الحساب  Account At Branch MAIN BRANCH حساب لدى فرع

Amount in Figures 1 0 0 0 0 0 0 0 المبلغ بالأرقام  Currency US$ العملة

Amount in Words U.S. DOLLARS ONE HUNDRED THOUSAND ONLY. المبلغ بالحروف

Remitter's Name DR. ADNAN ABOU-AYYASH إسم المحول  Phone No. 464-1188 رقم الهاتف

National ID/ Iqama No. رقم بطاقة الأحوال / الإقامة  Address العنوان

58/59 - TO: BENEFICIARY  لا تملأ هذا الجزء في حالة الشيكات السياحية DO NOT FILL THIS SECTION IN CASE OF TCs  إلى: المستفيد

Name الإسم DR. ADNAN ABOU-AYYASH  Address العنوان

57 - Beneficiary's Bank AMERICAN EXPRESS TOWER بنك المستفيد  00069911 رقم الحساب Account No.

Address WORLD FINANCIAL CENTER - NEW YORK NY.10235-2150 العنوان

70 - PAYMENT DETAILS TO BANK AL-MADINA SAL, HAMRA BRANCH, BEIRUT LEBANON SWIFT AMAD LBBE A/C 8 01 2 تفاصيل الدفع

71A - DETAILS OF CHARGES
[ ] On Beneficiary على المستفيد
[ ] On Us علينا

أوافق على الشروط المذكورة على ظهر هذا الطلب
I agree to the conditions written on the reverse of this form

Customer's Signature توقيع العميل

تمت المراجعة من قبل SIGNATURE VERIFIED BY
توقيع أمين الصندوق TELLER'S SIGNATURE

FOR BANK USE لإستعمال البنك

20 : OUR TRANSACTION REF. NO. إشارة العملية
TT / MT / DD NO. [handwritten]

32 A :

| VALUE إستحقاق | CURRENCY العملة | AMOUNT المبلغ |
|---|---|---|
| 10.07.00 | US$ | 100,000 |

53 A/B/D : OUR CORRESPONDENT مراسلنا
Name الإسم
Account No. رقم الحساب
54 A/D : RECEIVER'S CORRESPONDENT البنك المراسل للبنك المستلم
Name الإسم
Address العنوان
56 A : INTERMEDIARY BANK البنك الوسيط
Name الإسم
Address العنوان

A/D PAYING BANK البنك الدافع
Name الإسم
Address العنوان
BRANCH CODE رمز الفرع
Rate السعر  Rate السعر
Currency / Amount العملة والمبلغ
Service Charges مصاريف خدمات
Telex/Mail Charges مصاريف تلكس/بريد
Correspondent Charges مصاريف المراسل
Total Amount Collected مجموع المبلغ المستحق
ADVICE :- [ ] Yes [ ] No
COMPUTER INPUT REF. NO.
Bank's Auth. Sign. توقيع البنك المعتمد

BSF 0106
CUSTOMER'S COPY نسخة العميل

**PLEASE SELECT ONE OF THE FOLLOWING**

DATE 8/8/2000 التاريخ

- [X] Telex Transfer تحويل بالتلكس
- [ ] Bank Draft شيك مصرفي
- [ ] Travellers Cheques شيكات سياحية
- [ ] Inter BSF Transfer تحويل بين فروعنا
- [ ] Internal Transfer تحويل داخلي
- [ ] Others أخرى

AGAINST: [ ] CASH OR [X] DEBIT TO MY / OUR ACCOUNT — مقابل: [ ] نقداً أو [ ] الخصم من حسابي / حسابنا

**50 - FROM: CUSTOMER'S NAME:** DR. ADNAN ABOU-AYYASH — من: إسم العميل:

Account No. رقم الحساب: 5 6 1 3 4 0 0 5 7 6 — Account At Branch حساب لدى فرع: MAIN BRANCH

Amount in Figures المبلغ بالأرقام: 150000=.= — Currency العملة: USD

Amount in Words المبلغ بالحروف: U.S. DOLLARS ONE HUNDRED FIFTY THOUSAND ONLY.

Remitter's Name إسم المحول: DR. ADNAN ABOU-AYYASH — Phone No. رقم الهاتف: 464-1188

National ID/ Iqama No. رقم بطاقة الأحوال / الإقامة: — Address العنوان:

**59/D TO: BENEFICIARY** — إلى: المستفيد

DO NOT FILL THIS SECTION IN CASE OF TC's — لا تملأ هذا الجزء في حالة الشيكات السياحية

Name الإسم: DR. ADNAN ABOU-AYYASH — Address العنوان:

57 - Beneficiary's Bank بنك المستفيد: AMERICAN EXPRESS TOWER, WORLD — Account No. رقم الحساب: 00069911

Address العنوان: FINANCIAL CENTER, NEW YORK, NYY.10235-2150

70 - PAYMENT DETAILS تفاصيل الدفع: TO BANK AL-MADINA SAL, HAMRA BRANCH, BEIRUT - LEBANON SWIFT AMAD LBBE A/C 3 01 2.

**71A - DETAILS OF CHARGES**

- [ ] On Beneficiary على المستفيد
- [ ] On Us علينا

أوافق على الشروط المذكورة على ظهر هذا الطلب
I agree to the conditions written on the reverse of this form

Customer's Signature توقيع العميل

تمت المراجعة من قبل
SIGNATURE VERIFIED BY
توقيع أمين الصندوق
TELLER'S SIGNATURE

**FOR BANK USE** لإستعمال البنك

**20 : OUR TRANSACTION REF. NO.** إشارة العملية
TT / MT / DD NO.

32 A :

| VALUE إستحقاق | CURRENCY العملة | AMOUNT المبلغ |
|---|---|---|
| [illegible] | [illegible] | 150000 |

**53 A/B/D : OUR CORRESPONDENT** مراسلنا
Name الإسم
Account No. رقم الحساب

**54 A/D : RECEIVER'S CORRESPONDENT** المراسل للبنك المستلم
Name الإسم
Address العنوان

**56 A : INTERMEDIARY BANK** البنك الوسيط
Name الإسم
Address العنوان

**A/D PAYING BANK** البنك الدافع
Name الإسم
Address العنوان
BRANCH CODE رمز الفرع
Rate السعر — Rate السعر
Currency / Amount العملة والمبلغ
Service Charges مصاريف خدمات
Telex/Mail Charges مصاريف تلكس/بريد
Correspondent Charges مصاريف المراسل
Total Amount Collected مجموع المبلغ المستحق
ADVICE :- [ ] Yes [ ] No
COMPUTER INPUT REF. NO.
Bank's Auth. Sign. توقيع البنك المعتمد

BSF 0106

CUSTOMER'S COPY نسخة العميل

00152

CH-1211 Genève 70
Téléphone 022 391 21 11
Téléfax 022 391 32 14
Télex 428 251
SWIFT CRESCHZZ12A
CCP 12-35-2

Christopher Koenitzer
SWAG 3

**By DHL**
Dr. Adnan Abu Ayyash
P.O. Box 4354
Riyadh / Saudi Arabia

022 391 38 57

October 23rd , 2003 CK/ck

Dear Dr. Adnan,

As per our telephone conversation of today and further to our letter dated October 9th, 2003, we are pleased to attach a new summary of the transfers done to Bank Al-Madina Sal Beiruth from 1997 to date upon your instructions.

This includes the missing USD 25'000'000.—transferred on January 8th, 2003. This sheet is signed by two officers of the bank and can be used along with this letter.

Apologizing for the inconvenience caused, we stay at your entire disposal for any further questions.

With kind regards,

CREDIT SUISSE

Christopher Koenitzer
Director

Olivier Meystre
Managing Director Senior Advisor

Encl. Ment.



# Payments in favour of Bank Al-Madina Sal Beiruth 1997 to date.

| Value Date | Currency | Amount | Bank | Beneficiary | Account number | Reference |
|---|---|---|---|---|---|---|
| 14-Nov-97 | USD | 2'500'000.00 | Bank Al Madina Beirut | Ibrahim Abou Ayyash | 01.06.01.49.12 | - |
| 09-Feb-98 | USD | 500'000.00 | Bank Al Madina Beirut | Ibrahim Abou Ayyash | 01.06.01.49.12 | - |
| 14-Apr-98 | USD | 35'000'000.00 | Bank Al Madina Beirut | Ibrahim Abou Ayyash | 01.06.01.49.12 | - |
| 04-Okt-00 | USD | 10'000'000.00 | Bank Al Madina Beirut | Dr. Adnan Abou Ayyash | 00069911 | - |
| 28-Mrz-01 | USD | 50'000'000.00 | Bank Al Madina Beirut | Dr. Adnan Abou Ayyash | 00069911 | - |
| 03-Apr-01 | USD | 20'000'000.00 | Bank Al Madina Beirut | Dr. Adnan Abou Ayyash | 00069911 | - |
| 08-Okt-02 | USD | 100'000'000.00 | Bank Al Madina Beirut | Dr. Adnan Abou Ayyash | 00069911 | - |
| 08-Jan-03 | USD | 25'000'000.00 | Federal Reserve Bk of New York | Banque du Liban Beirut | 021084694 | Dr. Adnan Abou Ayyash |
| 12-Feb-03 | USD | 66'000'000.00 | Federal Reserve Bk of New York | Banque du Liban Beirut | 021084694 | Dr. Adnan Abou Ayyash |

Christopher Koenitzer
Director

Olivier Meystre
Managing Director Senior Advisor

Attachment letter October 23rd, 200[illegible]

# URGENT TELEFAX MESSAGE

**TO :** **Dr. Adnan Abou-Ayyash**
**Riyadh**

**FROM:** **Herbert Gantenbein**
**SUNTRUST INVESTM.CO.SA**

**DATE:** **October 15, 2003**

**RE :** **Bank Transfers**

---

Dear Dr.Adnan,

Further to your telefax message of this morning on the above mentioned subject, I have pleasure in sending you herewith copies of the two letters from UBS which we just received by now.

The Bank had to issue two separate letters as there were two different accounts involved. We trust this is to your satisfaction.

Tomorrow, as soon as I have the originals, I shall forward them to the address you mention in your todays fax message by DHL.

I trust the above is in compliance with your request and hope to have been of service. Should there be any queries with regard to the above please do not hesitate to contact us.
I remain,

Sincerely yours,

Herbert Gantenbein

HERBERT GANTENBEIN



CH-1211 Genève 2
Tel. +41-22-375 75 75

Financial Intermediary

Affentranger Josef
Rue du Rhône 8
1204 Genève
Tel. +41-22-375 97 25
Fax +41-22-781 43 84
josef.affentranger@ubs.com

www.ubs.com

**0279 - C0097'966 P.T.**

15 October 2003

Re : various transfers

Dear M.,

We acknowlegde receipt of your request, dated October 14, 2003 and have the pleasure to confirm to you the following transfers :

| DATE | AMOUNT | BENEFICIARY. |
|---|---|---|
| 08.01.2003 | USD 25 mio. | Dr.Adnan Abou-Ayyash<br>Acc.Nr.021084694<br>Lebanon Bank, Beirut |
| 07.03.2003 | USD 40 mio. | Dr.Adnan Abou-Ayyash<br>Acc.Nr. 021084694<br>Lebanon Bank, Beirut |

At your disposal for any further information, we remain,
Faithfully yours,

UBS SA

Affentranger Josef
Executive Director

Nicolas Debons
Executive Director



CH-1211 Genève 2
Tel. +41-22-375 75 75

Financial Intermediary

Affentranger Josef
Rue du Rhône 8
1204 Genève
Tel. +41-22-375 97 25
Fax +41-22-781 43 84
Josef.affentranger@ubs.com

www.ubs.com

**0279 - C0096'845 A.R.**

15 October 2003

Re : various transfers

Dear M.,

We acknowlegde receipt of your request, dated October 14, 2003 and have the pleasure to confirm to you the following transfers :

| DATE | AMOUNT | BENEFICIARY |
|---|---|---|
| 30.07.1999 | USD 4 mio. | Mr.Ibrahim Abou-Ayyash<br>Acc.Nr. 01 06 01 49 12<br>Bank Al-Madina, Beirut, Lebanon |
| 30.11.2000 | USD 5 mio. | Dr.Adnan Abou-Ayyash<br>Acc.Nr. 00069911<br>Bank Al-Madina,Hamra Branch,Beirut,Lebanon |
| 11.02.2003 | USD 24 mio. | Dr.Adnan Abou-Ayyash<br>Acc.Nr. 021084694<br>Lebanon Bank, Beirut |

At your disposal for any further information, we remain,

Faithfully yours.

UBS SA

Affentranger Josef
Executive Director

Nicolas Debons
Executive Director



SA SABB 077 C743 O/W Msg Processing History Enq 05MAR03 11:12 HB51 CPB
Final Image
TRN TT PBUA04602MNY Status T Msg Type SWT 103 Cover Sys OR
To Bank MMBI MNY HSBC BANK USA
NEW YORK CITY
:20:TT PBUA04602MNY
:23B:CRED
:32A:030305USD42000000,00
:33B:SAR157500000,00
:36:0,2666667
:50K:RASHID ENGINEERTING
:53B:/001-810839
:56A:BKTRUS33
:57D:/04180694
BANK AL-MADINA S.A.L
BEIRUT LEBANON
SWIFT.AMADLBBEXXX
:59:/8
DR. ADNAN ABOU AYYASH
:70:TRF FM DR ADNAN ABOU AYYASH

F1-Exit F3-First Image
Roll Up/Down-To display more/previous items Next

SA SABB 077 C743 O/W Msg Processing History Enq 05MAR03 18:11 HB55
BCO
Final Image

TRN TT RYDA41997MNY Status T Msg Type SWT 103 Cover Sys

To Bank MMBI MNY HSBC BANK USA
NEW YORK CITY

:20:TT RYDA41997MNY
:23B:CRED
:32A:030305USD10000000,00
:33B:SAR37500000,00
:36:0,2666667
:50K:RASHID ENGINEERING OFFICE
:53B:/001-810839
:56A:BKTRUS33
:57D:/04180694
BANK AL MADINA SAL
BEIRUT LEBANON
AMADLBBEXXX
:59:/8
DR ADNAN ABOU AYYASH
:70:TRANSFER FROM:DR ADNAN ABOU
+

F1-Exit F3-First Image
Roll Up/Down-To display more/previous items
... Next



OUTGOING MESSAGE: SW20030305FCXINP00042500

Basic header block:
:Application Identifier : ' -> Financial
:Message Identifier :( 1 Transaction
:LT Address : RNBSARIAXXX
:session/sequence :( 511/512379 }

Application header block:
:Input/Output Identifier : Outgoing Message
:Transaction Type : 03 Single Customer Credt Transfer
:Transaction Priority : Normal
:To : RABUS33XXXX
RAB BANK PLC
EW YORK, NY
:Delivery Monitoring : None
:Obsolescence Period : }

User header block:
:banking priority :
:msg user ref. (mur) :( 0006122 }

Text Block:
:20 /Sender's Reference :SR90064101030305
:23B/Bank Operation Code :CRED
:32A/Val Dte/Curr/Interbnk Sett d A:03/03/05 USD 3000000,00
:33B/Currency/Instructed Amount :USD 3000000,00
:50K/Ordering Customer-Name & A dre:ADNAN ABOU AYYASH
KSA
0
:57A/Account With Institution - BIC:BKTRUS33XXX
DEUTSCHE BANK TRUST COMPANY
AMERICAS
NEW YORK,NY
:59 /Beneficiary Customer-Name & Ad:/AC 04180694
BANK ALMADINA SAL
LEBANON BEIRUT
SWIFT CODE AMADLBBEXXX
:70 /Remittance Information :FAVOUR DR ADNAN ABU AYYASH
AC NO 8
VALU DATE 5 3 2003
:71A/Details of Charges :SHA

Trailer block:
:MAC /Message Authentication Co e:DBD219D4
:CHK /Checksum Result :BBB4A53A2FFA}

ACKNOWLEDGEMENT
WORK RESPONSE TO SW20030305FCXINP00042500 IS :
F21ARNBSARIAXXX0511512379}
Response Text Block :
:177 /date time :030305 11 25
:451 /accept/reject :accepted
:108 /mur :00006122}

: INV Display of Selected Messages 5-MAR-2003 17:12:13

OUTGOING MESSAGE: SW20030305FCXINP00100900

Basic header block:
:Application Identifier :F -> Financial
:Message Identifier :01 Transaction
:LT Address :AFNBSARIAXXX
:session/sequence :0513/512995 }

Application header block:
:Input/Output Identifier :I Outgoing Message
:Transaction Type :103 Single Customer Credt Transfer
:Transaction Priority :N Normal
:To :ARABUS33XXXX
ARAB BANK PLC
NEW YORK,NY
:Delivery Monitoring : None
:Obsolescence Period : }

User header block:
:banking priority :
:msg user ref. (mur) :00010065 }

Text Block:
:20 /Sender's Reference :SR50033601030305
:23B/Bank Operation Code :CRED
:32A/Val Dte/Curr/Interbnk Settld A:03/03/05 USD 10000000,00
:33B/Currency/Instructed Amount :USD 10000000,00
:50K/Ordering Customer-Name & Addre:ADNAN ABOU AYYASH
SAUDI ARABIA
RAIYADH

:57A/Account With Institution - BIC:BKTRUS33XXX
DEUTSCHE BANK TRUST COMPANY
AMERICAS
NEW YORK,NY
:59 /Beneficiary Customer-Name & Ad:/AC 04180694
BANK AL MADINA S A L
USA
NEW YORK
:70 /Remittance Information :VALU DATE 5 3 2003
FAVOUR DR ADNAN ABOU AYYASH
ACCOUNT NO 8
:71A/Details of Charges :SHA

Trailer block:
:MAC /Message Authentication Code:2C2D2585
:CHK /Checksum Result :86FC35094940}
---------- ACKNOWLEDGEMENT ----------
DRK RESPONSE TO SW20030305FCXINP00100900 IS :
21ARNBSARIAXXX0513512995}
Response Text Block :
:177 /date time :030305 17:14
:451 /accept/reject :accepted
:108 /mur :00010065}





بنك لبنان والمهجر
BLOM BANK SAL

اشعار
**RECEIPT**
OUTGOING TRANSFER ADVICE

راس المال: ١٨٥ مليار ل.ل مدفوع بكامله
س.ت.ب: ٢٤٦٤ - لائحة المصارف رقم ١٤
Capital L.L. 185 Billion Fully Paid
R.C.B : 2464 - List of Banks No. 14

Date : 2002/04/29

Mssrs Cie SOLIDERE SAL

We have debited your account number 037/02/304/0930729/177 for the settlement of the following :
Transfer No. : NRD200204093 for USD xxxxxxxx1,000,000.00 Value Date : 2002/04/29

| Details | | Amount | |
|---|---|---|---|
| Beneficiary | : DR ADNAN ABOU AYYACH | Amount | USD : xxxxxxxxx1,000,000.00 |
| Paying Bank | : BANQUE AL-MADINA SAL | Telex | USD : xxxxxxxxxxxxxxxxx0.00 |
| By order of | : SOLIDERE SAL | Commission | USD : xxxxxxxxxxxxxxxxx0.00 |
| Our Correspondent | : BANQUE DU LIBAN- BEIRUT | Total Debited | USD : xxxxxxxxx1,000,000.00 |

(US DOLLAR ONE MILLION ONLY)

191907/HAIDAR/DSF04 00020 0293031

AL-MAARAD

BLOM BANK sal

P.O.Box : 11-1912 Riad El Solh - Beirut 1107 2807 Lebanon - Swift BLC : BLOMLBBX - Telex : Via ENGLAND 94015829 BLOM G - Phone



OUTGOING-TRANSFER

Date : 2002/04/29
We have issued at your request the following transfer:

Transfer Reference : MRD200204093
Ordering Customer : 037/02/304/0930729/1/7
SOLIDERE SAL

Country of Transfer : LEBANON
Amount of Transfer : 1,000,000.00 USD
Commission : 0.00
Telex : 0.00
Value Date : ~~2/08/07~~ 02-04-30

Value 02-04-30

Beneficiary Customer : DR.ADNAN ABOU AYYACH

Account Number : /00069911

Paying Bank : BANQUE AL-MADINA SAL
//000 60 105 111 0
HEAD OFFICE
BEIRUT LEBANON

Paying Branch :

Intermediary :

Correspondent : BANQUE DU LIBAN- BEIRUT

Details of Payment : Instructions: "Dr. Abou Ayyash letter dated Jan 2, 2002. Subject: options"

Details of Charges : Orderer & Beneficiary
Instruction Code :
Receiver Infos :

Number of Messages : 1

Covering Infos :

Client Signature

Bank Signature