

بنك لبنان والمهجر
**BLOM BANK**

اشـعــار
**RECEIPT**

OUTGOING TRANSFER ADVICE

رأس المـال: ١٨٥ مليار ل.ل مدفوع بكامله
س.ت.ب: ٢٤٦٤ - لائحة المصارف رقـم ١٤
Capital L.L. 185 Billion Fully Paid
R.C.B : 2464 - List of Banks No. 14

Date : 2002/04/29

Messrs Cie SOLIDERE SAL

have debited your account number 037/02/304/0930729/1/7 for the settlement of the following :
Transfer No.: MRD200204094    for USD xxxxxxxx1,000,000.00  Value Date : 2002/04/29

— Details —

Beneficiary       : DR. ADNAN ABOU AYYACH
Paying Bank       : BANQUE AL-MADINA SAL
order of          : SOLIDERE SAL
Correspondent     : BANQUE DU LIBAN- BEIRUT

(DOLLAR ONE MILLION ONLY)

907/HAIDAR/DSF.04       00021  0293032

— Amount —

Amount        USD : xxxxxxxxx1,000,000.00
Telex         USD : xxxxxxxxxxxxxxxx0.00
Commission    USD : xxxxxxxxxxxxxxx10.00
Total Debited USD : xxxxxxxxx1,000,000.00

AL-MAARAD



BLOM BANK sal

P.O.Box : 11-1912 Riad El Solh - Beirut 1107  2807 Lebanon  - Swift BLC : BLOMLBBX - Telex : Via ENGLAND 94015829 BLOM G - Phone : (01)743300

## OUTGOING TRANSFER

Date : 2002/04/29
We have issued at your request the following transfer

Transfer Reference : MRO200204094
Ordering Customer : 037/02/304/0930729/1/7
SOLIDERE SAL

Country of Transfer : LEBANON
Amount of Transfer : 1,000,000.00 USD
Commission : 0.00
Telex : 0.00
Value Date : 2/05/07    01-04-30

Beneficiary Customer : DR. ADNAN ABOU AYYACH

Account Number : /00069911
Paying Bank : BANQUE AL-MADINA SAL    Paying Branch :
//000 60 105 111 0
HEAD OFFICE
BEIRUT LEBANON

Intermediary :    Correspondent : BANQUE DU LIBAN- BEIRUT

Details of Payment : Instruction: "Dr. Abou Ayyash letter dd: Jan 9, 2002.
Subject: options"

Details of Charges : Orderer & Beneficiary    Number of Messages : 1
Instruction Code :
Receiver Infos :    Covering Infos :

Client Signature    Bank Signature

**BLOM BANK**  RECEIPT  Capital L.L. 185 Billion Fully Paid - List of Banks No. 14

Date : 2002/04/29

Msers Cie SOLIDERE SAL

We have debited your account number 037/02/304/0930729/1/7 for the settlement of the following :
Transfer No.: MRD200204095   for USD xxxxxxxxx1,000,000.00  Value Date : 2002/04/29

---Details---

| | | Amount | |
|---|---|---|---|
| Beneficiary | : DR. ADNAN ABOU AYYACH | Amount | USD : xxxxxxxxx1,000,000.00 |
| Applying Bank | : BANQUE AL-MADINA SAL | Telex | USD : xxxxxxxxxxxxxxx0.00 |
| Order of | : SOLIDERE SAL | Commission | USD : xxxxxxxxxxxxxxx0.00 |
| Correspondent | : BANQUE DU LIBAN- BEIRUT | Total Debited | USD : xxxxxxxxx1,000,000.00 |

(DOLLAR ONE MILLION ONLY)

707/HAIDAR/DS-04    00035  0293082

BLOM
Maara... AL-MAARAD

P.O.Box : 11-1912 Riad El Solh - Beirut 1107  2807 Lebanon  - Swift BLC : BLOMLBBX - Telex : Via ENGLAND 94015829 BLOM G - Phone : (01)743300 - 738938



OUTGOING TRANSFER

Date : 2002/04/29
We have issued at your request the following transfer :

Transfer Reference : HRD200204095
Ordering Customer : 037/02/304/09301/61/147
SOLIDERE SAL

Country of Transfer : LEBANON
Amount of Transfer : 1,000,000.00 USD
Commission : 0.00
Telex : 0.00
Value Date : 2/05/07  02-04-30

Beneficiary Customer : DR. ADNAN ABOU AYYACH

Account Number : /00069911
Paying Bank : BANQUE AL-MADINA SAL          Paying Branch :
/000 60 105 111 0
HEAD OFFICE
BEIRUT LEBANON

Intermediary :                                 Correspondent : BANQUE DU LIBAN- BEIRUT

Details of Payment : Instruction : "Dr Abou Ayyash letter OD: dand 2002
subject : Options "

Details of Charges : Orderer & Beneficiary          Number of Messages : 1
Instruction Code :
Receiver Infos :                                Covering Infos :

Client Signature                                Bank Signature

# BLOM BANK

**RECEIPT**

OUTGOING TRANSFER ADVICE

Capital L.L. 185 Billion Fully Paid
R.C.B : 2464 - List of Banks No. 14

Date : 2002/04/29

Mssrs Cie SOLIDERE SAL

Have debited your account number 037/02/304/0930729/1/7 for the settlement of the following :
Transfer No. : MRD200204095   for USD xxxxxxxxx1,000,000.00  Value Date : 2002/04/29

| Details | | Amount |
|---|---|---|
| Beneficiary : DR. ADNAN ABOU AYYASH | Amount | USD : xxxxxxxxx1,000,000.00 |
| Issuing Bank : BANQUE AL-MADINA SAL | Telex | USD : xxxxxxxxxxxxxxxx0.00 |
| Order of : SOLIDERE SAL | Commission | USD : xxxxxxxxxxxxxxxx0.00 |
| Correspondent : BANQUE DU LIBAN- BEIRUT | Total Debited | USD : xxxxxxxxx1,000,000.00 |

(US DOLLAR ONE MILLION ONLY)

1707/HAIDAR/DSP04       00041  0293066       AL-YAARAD

P.O.Box : 11-1912 Riad El Solh - Beirut 1107  2807 Lebanon - Swift BLC : BLOMLBBX - Telex : Via ENGLAND 94015829 BLOM G - Phone : (0

**OUTGOING TRANSFER**

| | |
|---|---|
| Date | 2002/07/29 |

We have issued at your request the following transfer:

| | |
|---|---|
| Transfer Reference | HR0200204036 |
| Ordering Customer | 037/02/304/07307e9/117 |
| | SOLIDERE SAL |
| Country of Transfer | LEBANON |
| Amount of Transfer | 1,000,000.00  USD |
| Commission | 0.00 |
| Telex | 0.00 |
| Value Date | 2/05/07 |
| Beneficiary Customer | DR. ADNAN ABOU AYYASH |
| Account Number | 700069911 |
| Paying Bank | BANQUE AL-MADINA SAL |
| | 77000 60 105 111 0 |
| | HEAD OFFICE |
| | BEIRUT LEBANON |
| Intermediary | |
| Correspondent | BANQUE DU LIBAN- BEIRUT |
| Details of Payment | Instructions: "Dr. Abou Ayyash letter |
| | Bu Jordan. 2,2002. Subject Options" |
| Details of Charges | Orderer & Beneficiary |
| Number of Messages | 1 |
| Instruction Code | |
| Receiver Infos | |
| Covering Infos | |

Client Signature

Bank Signature



بنك لبنان والمهجر
BLOM BANK

اشـعــار
RECEIPT

رأس المـال: ١٨٥ مليـار ل.ل مدفوع بكامله
س.ت.ب: ٢٤٦٤ - لائحـة المصـارف رقـم ١٤
Capital L.L. 185 Billion Fully Paid
R.C.B : 2464 - List of Banks No. 14

...ING TRANSFER ADVICE

:te : 2002/04/29

Messrs Cie SOLIDERE SAL

have debited your account number 037/02/304/0930729/1/7 for the settlement of the following :
ansfer No : MRD200204097   for USD xxxxxxxxx1,000,000.00 Value Date : 2002/04/29

——————Details——————                                    ——————Amount——————
neficiary         : DR. ADNAN ABOU AYASH           Amount          USD : xxxxxxxxx1,000,000.00
ying Bank         : BANQUE AL-MADINA SAL           Telex           USD : xxxxxxxxxxxxxxxx0.00
order of          : SOLIDERE SAL                   Commission      USD : xxxxxxxxxxxxxxxx0.00
Correspondent     : BANQUE DU LIBAN- BEIRUT        Total Debited   USD : xxxxxxxxx1,000,000.00

S DOLLAR ONE MILLION ONLY)

1507/HAIDAR/DSF04      00042  0293087            AL-MAARAD

P.O.Box : 11-1912 Riad El Solh - Beirut 1107  2807 Lebanon  - Swift BLC : BLOMLBBX - Telex : Via ENGLAND 94015829 BLOM G - Phone : (01)743300 - 738938

Paying bank



**OUTGOING TRANSFER**

Date: 2002/04/29
We have issued at your request the following transfer:

Transfer Reference: MR0200204097
Ordering Customer: 037/02/304/0930729/1/7
SOLIDERE SAL

Country of Transfer: LEBANON
Amount of Transfer: 1,000,000.00 USD
Commission: 0.00
Telex: 0.00
Value Date: 2/05/02

Beneficiary Customer: DR. ADNAN ABOU AYASH

Account Number: /00069911
Paying Bank: BANQUE AL-MADINA SAL
//000 60 105 111 0
HEAD OFFICE
BEIRUT LEBANON

Paying Branch:

Intermediary:
Correspondent: BANQUE DU LIBAN- BEIRUT

Details of Payment: Instructions "Dr. Abou Ayyash letter dd. Jan 2, 2001 subject: options"

Details of Charges: Orderer & Beneficiary
Instruction Code:
Receiver Infos:

Number of Messages: 1
Covering Infos:

Client Signature

Bank Signature