**BLOM BANK** بنك لبنان والمهجر

اشـعــار
RECEIPT

OUTGOING TRANSFER ADVICE

رأس المـال: ١٨٥ مليــار ل.ل مـدفــوع بكــاملـه
س.ت.ب: ٢٤٦٤ - لائحـة المصـارف رقــم ١٤
Capital L.L. 185 Billion Fully Paid
R.C.B : 2464 - List of Banks No. 14

Date : 2002/04/29

Mssrs Cie SOLIDERE SAL

have debited your account number 037/02/304/0930729/1/7 for the settlement of the following :
Transfer No.: MRD200204094     for USD xxxxxxxxx1,000,000.00   Value Date : 2002/04/29

--- Details ---

| | | Amount | |
|---|---|---|---|
| Beneficiary | : DR. ADNAN ABOU AYYACH | Amount | USD : xxxxxxxxxx1,000,000.00 |
| Paying Bank | : BANQUE AL-MADINA SAL | Telex | USD : xxxxxxxxxxxxxxxxx0.00 |
| Order of | : SOLIDERE SAL | Commission | USD : xxxxxxxxxxxxxxxxx0.00 |
| Correspondent | : BANQUE DU LIBAN- BEIRUT | Total Debited | USD : xxxxxxxxxx1,000,000.00 |

( DOLLAR ONE MILLION ONLY )

907/HAIDAR/DSF 04        00021   0293032

AL-MAARAD

BLOM BANK sal

P.O.Box : 11-1912 Riad El Solh - Beirut 1107   2807 Lebanon   - Swift BLC : BLOMLBBX - Telex : Via ENGLAND 94015825 BLOM G - Phone : (01)743300

## OUTGOING TRANSFER

| | |
|---|---|
| Date | 2002/04/29 |

We have issued at your request the following transfer:

| | |
|---|---|
| Transfer Reference | MRO200204094 |
| Ordering Customer | 037/02/304/0930729/1/7 |
| | SOLIDERE SAL |
| Country of Transfer | LEBANON |
| Amount of Transfer | 1,000,000.00  USD |
| Commission | 0.00 |
| Telex | 0.00 |
| Value Date | 2/05/07 |
| Beneficiary Customer | DR. ADNAN ABOU AYYACH |
| Account Number | /00069911 |
| Paying Bank | BANQUE AL-MADINA SAL |
| | //000 60 105 111 0 |
| | HEAD OFFICE |
| | BEIRUT LEBANON |
| Intermediary | |
| Correspondent | BANQUE DU LIBAN- BEIRUT |
| Details of Payment | Instruction: "Dr. Abou Ayyach letter dd: Jan 9, 2002. Subject: options" |
| Details of Charges | Orderer & Beneficiary |
| Number of Messages | 1 |
| Instruction Code | |
| Receiver Infos | |
| Covering Infos | |

Client Signature

Bank Signature

**BLOM BANK**  RECEIPT  Capital L.L. 185 Billion Fully Paid
B.C.B. 2464 - List of Banks No. 14

Date : 2002/04/29

Mssrs Cie SOLIDERE SAL

We have debited your account number 037/02/304/0930729/1/7 for the settlement of the following :
Transfer No. : MRD200204095   for USD xxxxxxxxx1,000,000.00  Value Date : 2002/04/29

------- Details -------

| | | | |
|---|---|---|---|
| Beneficiary | : DR. ADNAN ABOU AYYACH | Amount | USD : xxxxxxxxx1,000,000.00 |
| Applying Bank | : BANQUE AL-MADINA SAL | Telex | USD : xxxxxxxxxxxxxxxxx0.00 |
| Order of | : SOLIDERE SAL | Commission | USD : xxxxxxxxxxxxxxxxx0.00 |
| Correspondent | : BANQUE DU LIBAN- BEIRUT | Total Debited | USD : xxxxxxxxx1,000,000.00 |

(DOLLAR ONE MILLION ONLY)

707/HAIDAR/DS-04   00035  0293082

BLOM
Maara... AL MAARAD

P.O.Box : 11-1912 Riad El Solh - Beirut 1107  2807 Lebanon  - Swift BLC : BLOMLBBX - Telex : Via ENGLAND  94015829 BLOM G - Phone : (01)743300 - 738938



## OUTGOING TRANSFER

Date : 2002/04/29
We have issued at your request the following transfer:

Transfer Reference : HRD200204095
Ordering Customer : 037/02/304/09307/61/117
SOLIDERE SAL

Country of Transfer : LEBANON
Amount of Transfer : 1,000,000.00 USD
Commission : 0.00
Telex : 0.00
Value Date : 2/05/07   02-04-30

Beneficiary Customer : DR. ADNAN ABOU AYYACH

Account Number : /00069911
Paying Bank : BANQUE AL-MADINA SAL   Paying Branch :
/000 60 105 111 0
HEAD OFFICE
BEIRUT LEBANON

Intermediary :                                    Correspondent : BANQUE DU LIBAN- BEIRUT

Details of Payment : Instructions: "Dr. Abou Ayyash letter OD, dated 2002 subject: Options"

Details of Charges : Orderer & Beneficiary   Number of Messages : 1
Instruction Code :
Receiver Infos :                                  Covering Infos :

Client Signature                                  Bank Signature

# BLOM BANK

**RECEIPT**

OUTGOING TRANSFER ADVICE

راس المال: ١٨٥ مليار ل.ل مدفوع بكامله
س.ت.ب: ٢٤٦٤ - لائحة المصارف رقم ١٤
Capital L.L. 185 Billion Fully Paid
R.C.B : 2464 - List of Banks No. 14

Date : 2002/04/29

Msers Cie SOLIDERE SAL

have debited your account number 037/02/304/0930729/1/7 for the settlement of the following :
Transfer No. MRD200204096   for USD xxxxxxxxx1,000,000.00  Value Date : 2002/04/29

| Details | | Amount |
|---|---|---|
| Beneficiary : DR. ADNAN ABOU AYYASH | Amount | USD : xxxxxxxxx1,000,000.00 |
| Paying Bank : BANQUE AL-MADINA SAL | Telex | USD : xxxxxxxxxxxxxxxxx0.00 |
| Order of : SOLIDERE SAL | Commission | USD : xxxxxxxxxxxxxxxxx0.00 |
| Correspondent : BANQUE DU LIBAN- BEIRUT | Total Debited | USD : xxxxxxxxx1,000,000.00 |

(US DOLLAR ONE MILLION ONLY)

1707/HAIDAR/DSP04        00041  0293066                AL-YAARAD

P.O.Box : 11-1912 Riad El Solh - Beirut 1107  2807 Lebanon - Swift BLC : BLOMLBBX - Telex : Via ENGLAND 94015829 BLOM G - Phone : (0



**OUTGOING TRANSFER**

| | |
|---|---|
| Date | 2002/07/29 |

We have issued at your request the following transfer:

| | |
|---|---|
| Transfer Reference | TRD2002040... |
| Ordering Customer | 037/02/304/07307e9/117 |
| | SOLIDERE SAL |
| Country of Transfer | LEBANON |
| Amount of Transfer | 1,000,000.00 USD |
| Commission | 0.00 |
| Telex | 0.00 |
| Value Date | 2/05/07 |
| Beneficiary Customer | DR. ADNAN ABOU AYYASH |
| Account Number | 700069911 |
| Paying Bank | BANQUE AL-MADINA SAL |
| | 77000 60 105 111 0 |
| | HEAD OFFICE |
| | BEIRUT LEBANON |
| Paying Branch | |
| Intermediary | |
| Correspondent | BANQUE DU LIBAN- BEIRUT |
| Details of Payment | Instructions/ "Dr. Abou Ayyash letter" |
| Details of Charges | Orderer & Beneficiary |
| Number of Messages | 1 |
| Instruction Code | |
| Receiver Infos | |
| Covering Infos | |

Client Signature

Bank Signature



**BLOM BANK** — بنك لبنان والمهجر

اشعار
**RECEIPT**

راس المـال: ١٨٥ مليـار ل.ل مدفـوع بكامـله
س.ت.ب: ٢٤٦٤ - لائحـة المصـارف رقـم ١٤
Capital L.L. 185 Billion Fully Paid
R.C.B : 2464 - List of Banks No. 14

INCOMING TRANSFER ADVICE

Date : 2002/04/29

Messrs Cie SOLIDERE SAL

We have debited your account number: 037/02/304/0930729/1/7 for the settlement of the following :
Transfer No : MRD200204097   for USD xxxxxxxxx1,000,000.00 Value Date : 2002/04/29

| Details | | Amount | |
|---|---|---|---|
| Beneficiary | : DR. ADNAN ABOU AYASH | Amount | USD : xxxxxxxxx1,000,000.00 |
| Paying Bank | : BANQUE AL-MADINA SAL | Telex | USD : xxxxxxxxxxxxxxxx0.00 |
| Order of | : SOLIDERE SAL | Commission | USD : xxxxxxxxxxxxxxxx0.00 |
| Correspondent | : BANQUE DU LIBAN- BEIRUT | Total Debited | USD : xxxxxxxxx1,000,000.00 |

(US DOLLAR ONE MILLION ONLY)

1507/HAIDAR/DSF04       00042  0293087       AL-MAARAD

P.O.Box : 11-1912 Riad El Solh - Beirut 1107   2807 Lebanon  - Swift BLC : BLOMLBBX - Telex : Via ENGLAND 94015829 BLOM G - Phone : (01)743300 - 738938

Paying bank

OUTGOING TRANSFER

Date : 2002/04/29
We have issued at your request the following transfer:

Transfer Reference : MR0200204097
Ordering Customer : 037/02/304/0930729/1/7
SOLIDERE SAL

Country of Transfer : LEBANON
Amount of Transfer : 1,000,000.00 USD
Commission : 0.00
Telex : 0.00
Value Date : 2/05/02

Beneficiary Customer : DR. ADNAN ABOU AYASH

Account Number : /00069911

Paying Bank : BANQUE AL-MADINA SAL    Paying Branch :
//000 60 105 111 0
HEAD OFFICE
BEIRUT LEBANON

Intermediary :    Correspondent : BANQUE DU LIBAN- BEIRUT

Details of Payment : Instructions "Dr. Abou Ayyash letter dd. Jan 2, 2002 subject: options"

Details of Charges : Orderer & Beneficiary    Number of Messages : 1
Instruction Code :
Receiver Infos :    Covering Infos :

Client Signature                                Bank Signature