

**BLOM BANK** SAL

RECEIPT
OUTGOING TRANSFER ADVICE

راس المـال: ۱۸٥ مليـار ل.ل مدفوع كامـلاً
س.ت: ۲٤٦٤ - لائحة المصارف رقـم ١٤
Capital L.L. 185 Billion Fully Paid
R.C.B : 2464 - List of Banks No. 14

ate : 2002/04/29

( Messrs Cie SOLIDERE SAL )

e have debited your account number 037/02/304/0730729/1/7 for the settlement of the following :
ransfer No.: MRO200204098    for USD xxxxxxxxx1,000,000.00  Value Date : 2002/04/29

| Details | | Amount | |
|---|---|---|---|
| eneficiary | : DR. ADNAN ABOU AYYASH | Amount | USD : xxxxxxxxx1,000,000.00 |
| aying Bank | : BANQUE AL-MADINA SAL | Telex | USD : xxxxxxxxxxxxxxxxx0.00 |
| y order of | : SOLIDERE SAL | Commission | USD : xxxxxxxxxxxxxxxxx0.00 |
| r Correspondent | : BANQUE DU LIBAN- BEIRUT | Total Debited | USD : xxxxxxxxx1,000,000.00 |

(US DOLLAR ONE MILLION ONLY)

7:707/HAIDAR/DSP04        00044  0293093                   AL-MAARAD        BLOM

P.O.Box : 11-1912 Riad El Solh - Beirut 1107  2807 Lebanon  - Swift BLC : BLOMLBBX - Telex : Via ENGLAND 94015829 BLOM G - Phone : (01)743300 - 738938

**OUTGOING TRANSFER**

| Field | Value |
|---|---|
| Date | 2002/04/29 |

We have issued at your request the following transfer

| Field | Value |
|---|---|
| Transfer Reference | MR0200204098 |
| Ordering Customer | 037/02/304/0930729/1/7 |
| | SOLIDERE SAL |
| Country of Transfer | LEBANON |
| Amount of Transfer | 1,000,000.00 USD |
| Commission | 0,00 |
| Telex | 0,00 |
| Value Date | 2/05/02 |
| Beneficiary Customer | DR. ADNAN ABOU AYYASH |
| Account Number | /00069911 |
| Paying Bank | BANQUE AL MADINA SAL |
| | //000 60 105 111 0 |
| | HEAD OFFICE |
| | BEIRUT LEBANON |
| Paying Branch | |
| Intermediary | |
| Correspondent | BANQUE DU LIBAN - BEIRUT |
| Details of Payment | Instructions: Dr. Abou Ayyash letter dd Jan 2, 2002 subject: Options |
| Details of Charges | Orderer & Beneficiary |
| Number of Messages | 1 |
| Instruction Code | |
| Receiver Infos | |
| Covering Infos | |

Handwritten: Value 02-04-30

Client Signature          Bank Signature

S.W.I.F.T. BLOM BANK S.W.I.F.T. BLOM BANK S.W.I.F.T. BLOM BANK S.W.I.F.T. BLOM BANK S.W.I.F.T. BLOM BANK S.W.I.F.T.

| BLOM BANK بنك لبنان والمهجر | إشعار / RECEIPT | راس المال: ١٨٥ مليار ل.ل مدفوع بكامله<br>Capital L.L. 185 Billion Fully Paid<br>س.ت.ب: ٢٤٦٤ – لائحة المصارف رقم ١٤<br>R.C.B : 2464 - List of Banks No. 14 |
|---|---|---|

Date : 2002/04/29

Messrs Cie SOLIDERE SAL

We have debited your account number 037/02/304/0930729/1/7 for the settlement of the following :
Transfer No.: MRD200204099      for USD xxxxxxxxx1,000,000.00  Value Date : 2002/04/29

Details

| | | Amount | |
|---|---|---|---|
| Beneficiary | : DR.ADNAN ABOU AYYASH | Amount | USD : xxxxxxxxx1,000,000.00 |
| Paying Bank | : BANQUE AL-MADINA SAL | Telex | USD : xxxxxxxxxxxxxxxxx0.00 |
| By order of | : SOLIDERE SAL | Commission | USD : xxxxxxxxxxxxxxxxx0.00 |
| Our Correspondent | : BANQUE DU LIBAN - BEIRUT | Total Debited | USD : xxxxxxxxx1,000,000.00 |

(US DOLLAR ONE MILLION ONLY)

P19C7/HAIDAR/DSP04      00065  0293114        AL-MAARAD

P.O.Box : 11-1912 Riad El Solh - Beirut 1107 2807 Lebanon - Swift BLC : BLOMLBBX - Telex : Via ENGLAND 94015829 BLOM G - Phon...      J-738938

OUTGOING TRANSFER

Date: 2002/04/23
We have issued at your request the following transfer

Transfer Reference: MR020020409
Ordering Customer: 037/02/304/0930729/1/7
SOLIDERE SAL

Country of Transfer: LEBANON
Amount of Transfer: 1,000,000.00 USD
Commission: 0.00
Telex: 0.00
Value Date: 2/05/07    01-04-30    01-04-30

Beneficiary Customer: DR. ADNAN ABOU AYYASH

Account Number: 70006991
Paying Bank: BANQUE AUDI SAL
000160105
HEAD OFFICE
BEIRUT LEBANON

Intermediary:                                    Correspondent: BANQUE DU LIBAN - BEIRUT

Details of Payment: Instructions: "Dr. Abou Ayyash letter DD. Jan 2, 2002 subject: OPTIONS"

Details of Charges: Orderer & Beneficiary
Instruction Code:                                Number of Messages: 1
Receiver Infos:                                  Covering Infos:

Client Signature                                 Bank Signature



# BLOM BANK

اشعــار
**RECEIPT**

راس المــال: ١٨٥ مليــار ل.ل مدفوع بكــاملـه
س.ت.ب: ٢٤٦٤ – لائحة المصارف رقــم ١٤
Capital L.L. 185 Billion Fully Paid
R.C.B : 2464 - List of Banks No. 14

OUTGOING TRANSFER ADVICE

Date : 2002/04/29                                   Mssrs Cie SOLIDERE SAL

We have debited your account number 037/02/304/0920729/1/7 for the settlement of the following :
Transfer No.: MRD200204100          for USD :xxxxxxxxx1,000,000.00   Value Date : 2002/04/29

| Details | | Amount | |
|---|---|---|---|
| Beneficiary | DR ADNAN ABOU AYYASH | Amount | USD : xxxxxxxxx1,000,000.00 |
| Paying Bank | BANQUE AL-MADINA | Telex | USD : xxxxxxxxxxxxxxx0.00 |
| By order of | SOLIDERE SAL | Commission | USD : xxxxxxxxxxxxxxx0.00 |
| Our Correspondent | BANQUE DU LIBAN- BEIRUT | Total Debited | USD : xxxxxxxxx1,000,000.00 |

(US DOLLAR ONE MILLION ONLY)

191707/HAIDAR/DSP04          00077   0293133                    AL-MARAD

P.O.Box : 11-1912 Riad El Solh - Beirut 1107  2807 Lebanon  - Swift BLC : BLOMLBBX - Telex : Via ENGLAND 94015829 BLOM G - Pho...            ن - 738938

OUTGOING TRANSFER

| | |
|---|---|
| Date | 2002/04/29 |

We have issued at your request the following transfer:

| | |
|---|---|
| Transfer Reference | MR020020410O |
| Ordering Customer | 037/02/304/0930729/1/7 |
| | SOLIDERE SAL |
| Country of Transfer | LEBANON |
| Amount of Transfer | 1,000,000.00 USD |
| Commission | 0.00 |
| Telex | 0.00 |
| Value Date | 2/05/07  02-04-30 |
| Beneficiary Customer | DR. ADNAN ABOU AYYASH |
| Account Number | /00069911 |
| Paying Bank | BANQUE AL MADINA |
| | //000 60 105 111 0 |
| | HEAD OFFICE |
| | BEIRUT LEBANON |
| Intermediary | |
| Correspondent | BANQUE DU LIBAN- BEIRUT |

Details of Payment: Instructions: "Dr. Abou Ayyash letter OP: Jan. 2, 2002 subject: Options"

| | |
|---|---|
| Details of Charges | Orderer & Beneficiary |
| Number of Messages | 1 |
| Instruction Code | |
| Receiver Infos | |
| Covering Infos | |

Client Signature

Bank Signature



**BLOM BANK**

**RECEIPT**

راس المـال: ١٨٥ مليـار ل.ل مدفوع كـاملا
س.ت.ب: ٢٤٦٤ - لائحـة المصـارف رقـم ١٤
Capital L.L. 185 Billion Fully Paid
R.C.B : 2464 - List of Banks No. 14

OUTGOING TRANSFER ADVICE

Date : 2002/04/29

Messrs Cie SOLIDERE SAL

We have debited your account number 037/02/304/0930729/1/7 for the settlement of the following :
Transfer No. MRD200204103   for USD xxxxxxxxx1,000,000.00  Value Date : 2002/04/29

Details

| | | Amount | |
|---|---|---|---|
| Beneficiary | : DR. ADNAN ABOU AYYASH | Amount | USD : xxxxxxxxx1,000,000.00 |
| Paying Bank | : BANQUE AL-MADINA SAL | Telex | USD : xxxxxxxxxxxxxxxx0.00 |
| Order of | : SOLIDERE SAL | Commission | USD : xxxxxxxxxxxxxxxx0.00 |
| Correspondent | : BANQUE DU LIBAN - BEIRUT | Total Debited | USD : xxxxxxxxx1,000,000.00 |

(US DOLLAR ONE MILLION ONLY)

1907/HAIDAR/DSP04        00114  0293183                  AL-MAARAD

P.O.Box : 11-1912 Riad El Solh - Beirut 1107   2807 Lebanon - Swift BLC : BLOMLBBX - Telex : Via ENGLAND 94015829 BLOM G - Phone : (01)743300

