OUTGOING TRANSFER

Date : 2002/04/29

We have issued at your request the following transfer :

Transfer Reference : MRD200204103
Ordering Customer : 037/02/30C/0930729/1/7
SOLIDERE SAL

Country of Transfer : LEBANON
Amount of Transfer : 1,000,000.00 USD
Commission : 0.00
Telex : 0.00
Value Date : 2/05/07

Beneficiary Customer : DR. ADNAN ABOU AYYASH

Account Number : /00069911

Paying Bank : BANQUE AL-MADINA SAL          Paying Branch :
/000 601 105 111 0
HEAD OFFICE
BEIRUT LEBANON

Intermediary :                              Correspondent : BANQUE DU LIBAN- BEIRUT

Details of Payment :  *Instructions : "Dr. Abou Ayyash letter dt: Jan 2,2002 subject Options"* (handwritten)

Details of Charges : Orderer & Beneficiary          Number of Messages : 1
Instruction Code :
Receiver Infos :                              Covering Infos :

Client Signature

Bank Signature

رأس المـــال:١٨٥ مليـــار ل.ل مدفوع بالكامل
س.ت.ب: ٢٤٦٤ – لائحة المصـارف رقــم ١٤

**BLOM BANK**

اشعـار
**RECEIPT**

TIMING TRANSFER ADVICE

Capital L.L. 185 Billion Fully Paid
R.C.B : 2464 - List of Banks No. 14

Date : 2002/04/29

< Mssrs Cie SOLIDERE SAL

We have debited your account number 037/02/304/09307297/1/7 for the settlement of the following :
Transfer No. : MRD200204104   for USD xxxxxxxxx1,000,000.00  Value Date : 2002/04/29

| Details | | Amount | |
|---|---|---|---|
| Beneficiary | : DR.ADNAN ABOU AYYASH | Amount | USD : xxxxxxxxx1,000,000.00 |
| Paying Bank | : BANQUE AL MADINA | Telex | USD : xxxxxxxxxxxxxxxxxx0.00 |
| By Order of | : SOLIDERE SAL | Commission | USD : xxxxxxxxxxxxxxxx0.00 |
| Our Correspondent | : BANQUE DU LIBAN- BEIRUT | Total Debited | USD : xxxxxxxxx1,000,000.00 |

US DOLLAR ONE MILLION ONLY)

1107/HAIDAR/DSF04       00151  0293214           AL-MAARAD         BLOM

P.O.Box : 11-1912 Riad El Solh - Beirut 1107  2807 Lebanon - Swift BLC : BLOMLBBX - Telex : Via ENGLAND  94015829 BLOM G - Phone : (01) ...8938

OUTGOING TRANSFER

Date                                2002/04/29

We have issued at your request the following transfer

Transfer Reference             MR0200804104
Ordering Customer              037/02/304/0930729/1/1/
                               SOLIDERE SAL

Country of Transfer            LEBANON
Amount of Transfer                  1,000,000.00    USD
        Commission                          0.00
        Telex                               0.00
Value Date                     2/05/07

Beneficiary Customer           DR. ADNAN ABOU AYYASH

Account Number                 /00069911

Paying Bank                    BANQUE AL MADINA                Paying Branch
                               //000/60/105/111.0
                               HEAD OFFICE
                               BEIRUT LEBANON

Intermediary                                          Correspondent        BANQUE DU LIBAN- BEIRUT

Details of Payment

Details of Charges      Orderer & Beneficiary          Number of Messages        1
Instruction Code
Receiver Infos                                         Covering Infos

Client Signature                                       Bank Signature



بنك لبنان والمهجر
**BLOM BANK**

اشـعــار
**RECEIPT**

OUTGOING TRANSFER ADVICE

رأس المـال ١٨٥ مليـار ل.ل مدفوع بكامله
س.س.ت: ٢٤٦٤ - لائحة المصارف رقم ١٤
Capital L.L. 185 Billion Fully Paid
R.C.B : 2464 - List of Banks No. 14

Date : 2002/04/29                                                    Mssrs Cie SOLIDERE SAL

We have debited your account number 037/02/304/0950729/1/7 for the settlement of the following :
Transfer No.: MRD200204105   for USD xxxxxxxx1,000,000.00  Value Date : 2002/04/29

| Details | | Amount | |
|---|---|---|---|
| Beneficiary | DR.ADNAN ABOU AYYASH | Amount | USD : xxxxxxxx1,000,000.00 |
| Paying Bank | BANQUE AL MADINA SAL | Telex | USD : xxxxxxxxxxxxxxxx0.00 |
| By order of | SOLIDERE SAL | Commission | USD : xxxxxxxxxxxxxxxx0.00 |
| Our Correspondent | BANQUE DU LIBAN BEIRUT | Total Debited | USD : xxxxxxxx1,000,000.00 |

US DOLLAR ONE MILLION ONLY)

91907/HAIDAR/DSP04        00155  0E93219              AL-MAARAD

**BLOM BANK sal**

P.O.Box : 11-1912 Riad El Solh - Beirut 1107   2807 Lebanon   - Swift BLC : BLOMLBBX - Telex : Via ENGLAND  94015829 BLOM G - Phone : (01)743300 - 738938

**OUTGOING TRANSFER**

Date : 2002/04/29

We have issued at your request the following transfer

Transfer Reference : MR020204105
Ordering Customer : 037/02/304/0930729/1/7
SOLIDERE SAL

Country of Transfer : LEBANON
Amount of Transfer : 1,000,000.00 USD
Commission : 0.00
Telex : 0.00
Value Date : 2/05/07   02-04-30
Beneficiary Customer : DR.ADNAN ABOU AYYASH

*Valeu 02-04-30*

Account Number : /00069911

Paying Bank : BANQUE AL-MADINA SAL      Paying Branch :
/000 60 105 111 0
HEAD OFFICE
BEIRUT LEBANON

Intermediary :                                    Correspondent : BANQUE DU LIBAN- BEIRUT

Details of Payment : DR.ABOU AYYASH LETTER DATED JANUARY
2,2002  subjection

Details of Charges : Orderer & Beneficiary        Number of Messages : 1
Instruction Code
Receiver Infos :                                   Covering Infos :

Client Signature

Bank Signature



بنك لبنان والمهجر
**BLOM BANK**

اشـعـار
**RECEIPT**

OUTGOING TRANSFER ADVICE

رأس المـال: ١٨٥ مليـار ل.ل مدفوع بكـامله
س.ت.ب: ٢٤٦٤ – لائحة المصارف رقم ١٤
Capital L.L. 185 Billion Fully Paid
R.C.B : 2464 - List of Banks No. 14

Date : 2002/04/29                              ⟨ Mssrs Cie SOLIDERE SAL                       ⟩

We have debited your account number 037/02/304709307257/17/7 for the settlement of the following :
Transfer No : MRDP00204106   for USD : xxxxxxxx1,000,000.00  Value Date : 2002/04/29

| Details | | Amount | |
|---|---|---|---|
| Beneficiary | : DR. ADNAN ABOU AYYASH | Amount | USD : xxxxxxxx1,000,000.00 |
| Paying Bank | : BANQUE AL-MADINA SAL | Telex | USD : xxxxxxxxxxxxxx0.00 |
| By order of | : SOLIDERE SAL | Commission | USD : xxxxxxxxxxxxxx0.00 |
| Our Correspondent | : BANQUE DU LIBAN  BEIRUT | Total Debited | USD : xxxxxxxx1,000,000.00 |

US DOLLAR ONE MILLION ONLY

51907/HAIDAR/DSP04         00157  0293222           AL-MAARAD

BLOM

P.O.Box : 11-1912 Riad El Solh - Beirut 1107  2807 Lebanon  - Swift BLC : BLOMLBBX - Telex : Via ENGLAND 94015829 BLOM G - Phone : (…   738938

## OUTGOING TRANSFER

Date : 2002/04/29

We have issued at your request the following transfer:

Transfer Reference : MR0200204106
Ordering Customer : 037/02/304/0930729/1/7
SOLIDERE SAL

Country of Transfer : LEBANON
Amount of Transfer : 1,000,000.00 USD
Commission : 0.00
Telex : 0.00
Value Date : 2/05/07  01 04 30

Beneficiary Customer : DR.ADNAN ABOU AYYASH

Account Number : /00069911

Paying Bank : BANQUE AL-MADINA SAL        Paying Branch :
/000 60 105 111 0
HEAD OFFICE
BEIRUT LEBANON

Intermediary :                          Correspondent : BANQUE DU LIBAN- BEIRUT

Details of Payment : INSTRUCTIONS:"DR ABOU AYYASH LETTER
DO: JAN 2,2002 SUBJECT: OPTIONS"

Details of Charges : Orderer & Beneficiary     Number of Messages : 1
Instruction Code
Receiver Infos :                               Covering Infos :

Client Signature                               Bank Signature