

**BLOM BANK**
بنك لبنان والمهجر

اشعار
RECEIPT
OUTGOING TRANSFER ADVICE

رأس المال: ١٨٥ مليار ل.ل مدفوع بكامله
س.ت.ب: ٢٤٦٤ - لائحة المصارف رقم ١٤
Capital L.L. 185 Billion Fully Paid
R.C.B : 2464 - List of Banks No. 14

Date : 2002/04/29

Mssrs Cie SOLIDERE SAL

have debited your account number 037/02/304/0930729/1/7 for the settlement of the following :
Transfer No : MRD2002010?  for USD xxxxxxxxx1,000,000.00 Value Date : 2002/04/29

Details

Beneficiary         : DR. ADNAN ABOU AYYASH
Paying Bank         : BANQUE AL MADINA SAL
By order of         : SOLIDERE SAL
Correspondent       : BANQUE DU LIBAN- BEIRUT

(DOLLAR ONE MILLION ONLY)

| | Amount |
|---|---|
| Amount | USD : xxxxxxxxx1,000,000.00 |
| Telex | USD : xxxxxxxxxxxxxxx0.00 |
| Commission | USD : xxxxxxxxxxxxxxx0.00 |
| Total Debited | USD : xxxxxxxxx1,000,000.00 |

707/HAIDAR/DSP04    00179 0293272    AL-MAARAD    BLOM BANK sal

P.O.Box : 11-1912 Riad El Solh - Beirut 1107 2807 Lebanon - Swift BLC : BLOMLBBX - Telex : Via ENGLAND 94015829 BLOM G - Phone

738938



OUTGOING TRANSFER

2002/04/29

I have issued at your request the following transfer:

| | |
|---|---|
| Transfer Reference | MR0200204107 |
| Ordering Customer | 037/02/304/0930729/1/7 |
| | SOLIDERE SAL |
| Country of Transfer | LEBANON |
| Amount of Transfer | 1,000,000.00 USD |
| Commission | 0.00 |
| Telex | 0.00 |
| Value Date | 2/05/07 02-04-30 |
| Beneficiary Customer | DR. ADNAN ABOU AYYASH |
| Account Number | /00069911 |
| Paying Bank | BANQUE AL MADINA SAL |
| | //000 60 105 111 0 |
| | HEAD OFFICE |
| | BEIRUT LEBANON |
| Paying Branch | |
| Intermediary | |
| Correspondent | BANQUE DU LIBAN- BEIRUT |
| Details of Payment | INSTRUCTIONS:"DR ABOU AYYASH LETTER |
| | DD: JAN 2,2002 SUBJECT: OPTIONS" |
| Details of Charges | Orderer & Beneficiary |
| Number of Messages | 1 |
| Instruction Code | |
| Receiver Infos | |
| Covering Infos | |

Valeur
02-04-30

Client Signature                                                    Bank Signature



بنك لبنان والمهجر
**BLOM BANK**

اشعــار
RECEIPT

OUTGOING TRANSFER ADVICE

راس المـال: ١٨٥ مليـار ل.ل مدفوع بكـامله
س.ت.ب: ٢٤٦٤ – لائحة المصارف رقـم ١٤
Capital L.L. 185 Billion Fully Paid
R.C.B : 2464 - List of Banks No. 14

Date : 2002/04/29

( Messrs Cie SOLIDERE SAL

We have debited your account number 037/02/304/0930729/177 for the settlement of the following :
Transfer No. : MRD200204108    for USD xxxxxxxxx1,000,000.00  Value Date : 2002/04/29

Details

| | | Amount | Amount |
|---|---|---|---|
| Beneficiary | : DR. ADNAN ABOU AYYASH | Amount | USD : xxxxxxxxx1,000,000.00 |
| Paying Bank | : BANQUE AL MADINA SAL | Telex | USD : xxxxxxxxxxxxxxxx0.00 |
| By order of | : SOLIDERE SAL | Commission | USD : xxxxxxxxxxxxxxxx0.00 |
| Correspondent | : BANQUE DU LIBAN- BEIRUT | Total Debited | USD : xxxxxxxxx1,000,000.00 |

(US DOLLAR ONE MILLION ONLY)

71507/HAIDAR/DSP04    00184 / 0293277    AL-MAARAD

BLOM B...

P.O.Box : 11-1912 Riad El Solh - Beirut 1107  2807 Lebanon  - Swift BLC : BLOMLBBX - Telex : Via ENGLAND  94015829 BLOM G - Phone : (01)743300 - 73893

OUTGOING TRANSFER

| | |
|---|---|
| Date | 2002/04/29 |

We have issued at your request the following transfer :

| | |
|---|---|
| Transfer Reference | MRO200204108 |
| Ordering Customer | 037/02/304/0930729/117 |
| | SOLIDERE SAL |
| Country of Transfer | LEBANON |
| Amount of Transfer | 1,000,000.00 USD |
| Commission | 0.00 |
| Telex | 0.00 |
| Value Date | 2/05/02 |
| Beneficiary Customer | DR. ADNAN ABOU AYYASH |
| | ABOU |
| Account Number | /00069911 |
| Paying Bank | BANQUE AL MADINA SAL |
| | //000 60 105 111 0 |
| | HEAD OFFICE |
| | BEIRUT LEBANON |
| Intermediary | |
| Correspondent | BANQUE DU LIBAN- BEIRUT |
| Details of Payment | INSTRUCTIONS:"DR ABOU AYYASH LETTER |
| | DD: JAN 2.2002 SUBJECT: OPTIONS" |
| Details of Charges | Orderer & Beneficiary |
| Number of Messages | 1 |
| Instruction Code | |
| Receiver Infos | |
| Covering Infos | |

Value 30-4-2002

Client Signature

Bank Signature



**BLOM BANK**

بنك لبنان والمهجر

RECEIPT

راس المــال: ١٨٥ مليــار ل.ل.
س.ت.ب: ٢٤٦٤ - لائحة المصارف رقم ١٤
Capital L.L. 185 Billion Fully Paid
R.C.B : 2464 - List of Banks No. 14

Date : 2002/04/29

Messrs Cie SOLIDERE SAL

We have debited your account number 037/02/304/0930729/1/7 for the settlement of the following :
Transfer No. MRDE00804110   for USD **********1,000,000.00 Value Date : 2002/04/29

Details

| | | | |
|---|---|---|---|
| Beneficiary | : DR. ADNAN ABOU AYYASH | Amount | USD : **********1,000,000.00 |
| Paying Bank | : BANQUE AL-MADINA SAL | Telex | USD : ****************0.00 |
| Order of | : SOLIDERE SAL | Commission | USD : ****************0.00 |
| Correspondent | : BANQUE DU LIBAN - BEIRUT | Total Debited | USD : **********1,000,000.00 |

(DOLLAR ONE MILLION ONLY)

707/HAIDAR/DSP04        00190  0293283

AL-MAARAD                BLOM BANK Maarad

P.O. Box : 11-1912 Riad El Solh - Beirut 1107  2807 Lebanon - Swift BLC : BLOMLBBX - Telex : Via ENGLAND 94015829 BLOM G - Phone : (0

# SPECIAL BANK

OUTGOING TRANSFER

Date:
We have issued at your request the following transfer:

Transfer Reference: FTC002011V
Ordering Customer: 037/02130-70030729/1Y7
SOLIDERE SAL

Country of Transfer: LEBANON
Amount of Transfer: 1,000,000.00 USD
Commission: 0.00
Telex: 0.00
Value Date: 2/05/07  01-04-30

Beneficiary Customer: DR. ADNAN ABOU AYYASH

Account Number: /000699911
Paying Bank: BANQUE AL-MADINA SAL
/0000 60 105 111 0
HEAD OFFICE
BEIRUT LEBANON

Intermediary:

Correspondent: BANQUE DU LIBAN - BEIRUT

Details of Payment: INSTRUCTIONS: "DR ABOU AYYASH LETTER
DD. JAN 2.2002 SUBJECT: OPTIONS"

Details of Charges: Orderer & Beneficiary
Instruction Code:
Receiver Infos:

Number of Messages:
Covering Infos:

Client Signature                    Bank Signature

OUTGOING TRANSFER

Date: 2002/04/29
We have issued at your request the following transfer

Transfer Reference: MR0200204116
Ordering Customer: 037/02/304/0930729/1/7
SOLIDERE SAL

Country of Transfer: LEBANON
Amount of Transfer: 1,000,000.00 USD
Commission: 0.00
Telex: 0.00
Value Date: 2/05/02
Beneficiary Customer: DR ADNAN ABOU AYYASH

Account Number: 700069111
Paying Bank: 
(000160510S111.0)
HEAD OFFICE BEIRUT LEBANON

Intermediary:                                    Correspondent: BANQUE DU LIBAN BEIRUT

Details of Payment: REF:" DR ABOU AYYASH LETTER DATED
JANUARY 2,2002 SUBJECT : OPTIONS"

Details of Charges: Orderer & Beneficiary        Number of Messages: 1
Instruction Code:
Receiver Infos:                                  Covering Infos:

Client Signature                                 Bank Signature