UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADNAN ABU AYYASH,<br><br>    Plaintiff,<br><br>v.<br><br>BANK AL-MADINA, UNITED CREDIT BANK, RANA ABDELRAHIM KOLEILAT, TAHA ABDELRAHIM KOLEILAT, RENE MOAWAD, JOUMANA MOHAMMAD AYYAS, and JOHN DOES 1-10,<br><br>    Defendants. | 04 – CV- 9201 (GEL)<br><br>**APPEARANCE** |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for defendant René Moawad. This appearance is without prejudice to, and does not waive or compromise, Mr. Moawad's right to assert any defense.

    I certify that I am admitted to practice in this court.

June 29, 2005

                                        Peter J.W. Sherwin (PS 3639)
                                        Proskauer Rose LLP
                                        1585 Broadway
                                        New York, NY 10036-8299
                                        Tel.: (212) 969-3000
                                        Fax: (212) 969-2900