UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADNAN ABOU AYYASH,<br><br>              Plaintiff,<br><br>    v.<br><br>BANK AL-MADINA, UNITED CREDIT BANK, RANA ABDELRAHIM KOLEILAT, TAHA ABDELRAHIM KOLEILAT, BASSEL ABDELRAHIM KOLEILAT, RENE MOAWAD, JOUMANA MOHAMAD AYYAS and JOHN DOES 1-10,<br><br>              Defendants. | 04 Civ. 9201 (GEL) |

## DECLARATION OF KEVIN J. MCLAUGHLIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT MOAWAD'S MOTION TO DISMISS

Kevin J. McLaughlin, under penalty of perjury, declares:

1.  I am a financial investigative consultant and licensed private investigator. I am submitting this declaration in support of Plaintiff Adnan Abou Ayyash's Opposition to Defendant Rene Moawad's Motion to Dismiss. I make this declaration based on my review of the relevant records, the report produced by Fortress Global Investigations and Security ("Fortress Global"), my discussions with investigators at Fortress Global, Plaintiff's Complaint, the Motion to Dismiss filed by Rene Moawad, and Moawad's Declaration in Support of his Motion to Dismiss.

2.  I received an undergraduate accounting degree from St. John's University in 1972. From 1973 to 2003, I was a Special Agent in the New York and Long Island Criminal Investigative Field Office of the Internal Revenue Service. As a Special Agent, I conducted

significant and complex financial investigations into all phases of fraud, money laundering, asset identification/ tracing, and criminal tax violations.

3.     Since 2003, I have been the principal of Kevin McLaughlin and Associates, Inc. I have worked recently as an expert witness and investigator for the United States Attorney's Office in both the Southern District of New York and the Eastern District of New York on several money laundering and asset forfeiture investigations.

A.     **MOAWAD'S AMERICAN BANK TRANSACTIONS**

4.     I have reviewed each of the bank statements referred to in paragraphs 39-41 of Plaintiff's Complaint as well as an additional bank statement provided to me by Plaintiff's counsel. Each of the statements reflects a transaction with some connection to the United States, but for which additional information is needed for me to complete my analysis. Below, I describe my analysis of each transaction based on the current record.

5.     On October 8, 2002,[1] Moawad apparently ordered the transfer of $1 million from his account at United Credit Bank in Beirut. The statement documenting the transaction shows that the funds were transferred through Wachovia Bank NA in New York and UBS Warburg US, UBS AG in Stamford, Connecticut to an account at Banque Safra France held by Moawad. The transfer was completed on October 15, 2002. (A true and correct copy of the statement reflecting the October 15, 2002 transaction is attached herewith as Exhibit A.)

6.     In his declaration, Moawad claims that this transfer was "from [his] account in Lebanon to [his] accounts in Europe." However, based on the available documentation, the funds could have remained in the United States in an account of or at a branch of Banque Safra

---

[1]     Plaintiff's complaint at Paragraph 39 identified this transaction as occurring "on or about October 15, 2002."

France. I would need further documentation, however, to definitively conclude where this transaction terminated.

7.    On October 18, 2002,[2] Moawad apparently ordered the transfer of $500,000 from his account at United Credit Bank in Beirut. The statement documenting this transaction shows that the funds were transferred through Wachovia NA, New York, New York to Chase Manhattan, New York, New York, Account number: 910-2-591055, held by EDF Man International, Inc. ("EDF Man") for further credit Rene Emile Moawad, Account number 893-89309. The transfer was completed on October 21, 2002. (A true and correct copy of the statement reflecting the October 21, 2002 transaction is attached herewith as Exhibit B.)

8.    In his declaration, Moawad claims that this transfer was "from [his] account in Lebanon to [his] accounts in Europe." However, the available documentation indicates that the transaction terminated in the United States at EDF Man's Chase Manhattan Bank account held on Moawad's behalf. EDF Man International Inc. appears to be related to Man Investments Inc. (formerly known as ED & F Man International Securities Corp., ED & F Man Investment Products Inc., and Man Investment Products, Inc.), which is incorporated in New York State and registered with the State of Illinois and located at 208 S. LaSalle St., Chicago, Illinois 60604. I would need further documentation, however, to definitively identify EDF Man and conclude where this transaction terminated.

9.    On November 20, 2002,[3] Moawad apparently ordered the transfer of $560,000 from his account at United Credit Bank. The statement documenting this transaction shows that the funds went through Wachovia NA, New York, New York to an account at UBS Warburg US,

---

[2]    Plaintiff's complaint at Paragraph 40 identified this transaction as occurring "on or about October 18, 2002."

[3]    Plaintiff's complaint at Paragraph 41 identified this transaction as occurring "on or about October 21, 2002."

UBS AG in Stamford, Connecticut held by Ferrier Lullin N Cie SA ("Ferrier Lullin"). Ferrier Lullin is a private banking institution that is related to UBS AG. It appears that Ferrier Lullin has relationships with United States asset management companies. The message also states under the heading "Sender to Receiver Information": "Attn: Mr. Asmar." The transfer was completed on November 21, 2002. (A true and correct copy of the statement reflecting the November 21, 2002 transaction is attached herewith as Exhibit C.)

10.     Again, in his declaration, Moawad claims that this transfer was "from [his] account in Lebanon to [his] accounts in Europe." However, the available documentation indicates that the transaction terminated in the United States at Ferrier Lullin's account at UBS Warburg, UBS AG in Stamford, Connecticut. I would need further documentation, however, to definitively conclude where this transaction terminated.

11.     On January 29, 2003, Moawad apparently ordered and completed the transfer of $1 million from his account at United Credit Bank. The statement documenting this transaction shows that the funds were transferred to Wachovia NA, New York, New York to an account held by the Bank of Beirut for the benefit and credit of "Rene Moawad." (A true and correct copy of the statement reflecting the January 29, 2003 transaction is attached herewith as Exhibit D.)

12.     Based on the available documentation, the funds could have remained in the United States in an account of the Bank of Beirut. I would need further documentation, however, to definitively conclude where this transaction terminated.

**B.     DISCOVERY NECESSARY TO FULLY ANALYZE MOAWAD'S AMERICAN BANK TRANSACTIONS**

13.     Further discovery would allow me to perform a full analysis of these transactions. Based on the current record, it is unclear whether these statements reflect the entire transactions or whether the transactions originated or terminated in locations or accounts not reflected on the

4

documents. Accordingly, it is unclear whether additional individuals or institutions were involved in the transactions. For example, the November 21, 2002 statement referred to a Mr. Asmar, whose role in the transaction or whose connection to Moawad is unclear. Examples of helpful discovery would be bank records, documentation and information that would detail from where and from whom the funds in these transactions originated, and who was the ultimate beneficiary of these funds. Such discovery would also clarify Moawad's connection with EDF Man and Ferrier Lullin.

14. In addition, documentation and records from EDF Man, Chase Manhattan Bank, Ferrier Lullin, Wachovia Bank, NA, UBS Warburg, UBS AG, Bank of Beirut, and Banque Safra France are necessary to analyze and determine the true nature of these transactions.

15. Finally, Moawad has claimed in his declaration that he has very limited connections to the United States. However, ambiguities exist in his declaration. For example, Moawad asserts that he does not "maintain any bank accounts in New York or elsewhere in the United States." He does not say, however, whether he had bank accounts in the United States at the times relevant to the Complaint. Discovery directed at Moawad would elicit information that would provide a more clear and accurate picture of these and possible other transactions and his connection to the United States. Moawad's personal and business bank and investment records are extremely important and necessary to determine Moawad's involvement in the United States and his involvement with the other defendants in this action.

## C. MOAWAD'S FORIEGN TRANSACTIONS WITH RANA KOLEILAT, BANK AL MADINA, AND UCB.

16. On December 11, 2002, Rana Koleilat ordered the transfer of 1 million Euros from her account at United Credit Bank in Beirut to Rene Moawad's account also located at United Credit Bank in Beirut. The statement documenting the transaction has a reference to Sale

Deal # 18950. (A true and correct copy of the statement reflecting the December 11, 2002 transaction is attached herewith as Exhibit E.)

17. On January 24, 2003, Rana Koleilat ordered the transfer of $1.7 million from her account at United Credit Bank in Beirut to Rene Moawad's account also located at United Credit Bank in Beirut. (A true and correct copy of the statement reflecting the January 24, 2003 transaction is attached herewith as Exhibit F.)

18. On February 7, 2003, Rana Koleilat ordered the transfer of $15 million from her account at Bank Al Madina in Beirut to Rene Moawad's account located at Bank Al-Madina in Beirut. The statement documenting the transaction has a reference: Transfer A/C to A/C. (A true and correct copy of the statement reflecting the $15 million February 7, 2003 transaction is attached herewith as Exhibit G.)

19. On February 7, 2003, Rana Koleilat ordered the transfer of 4 billion LBP (Lebanese Pounds) from her account at Bank Al-Madina in Beirut to Rene Moawad's account located at Bank Al-Madina in Beirut. The statement documenting the transaction has a reference: Transfer A/C to A/C. (A true and correct copy of the statement reflecting the 4 billion LBP February 7, 2003 transaction is attached herewith as Exhibit H.) It should be noted that Rana Koleilat executed both February 7, 2003 transfers within one minute of each other.

20. On October 17, 2002, funds in the amount of $250,000.00 were transferred from an account at Bank Al-Madina in Beirut to Rene Moawad's account located at United Credit Bank in Beirut. (A true and correct copy of the statement reflecting the October 17, 2002 transaction is attached herewith as Exhibit I.)

21. On November 5, 2002, funds in the amount of $638,750.25 were transferred from an account at Bank Al-Madina in Beirut to Rene Moawad's account located at United Credit

Bank in Beirut. (A true and correct copy of the statement reflecting the November 5, 2002 transaction is attached herewith as Exhibit J.)

22. On November 5, 2002, funds in the amount of $2 million were transferred from an account at Bank Al-Madina in Beirut to Rene Moawad's account located at United Credit Bank in Beirut. (A true and correct copy of the statement reflecting the November 5, 2002 transaction is attached herewith as Exhibit K.)

23. The transactions referenced in the preceding two paragraphs occurred within four minutes of one another.

24. On November 26, 2002, funds in the amount of 1 million Euros were transferred from an account at Bank Al-Madina in Beirut to Rene Moawad's account located at United Credit Bank in Beirut. The statement documenting the transaction has a reference: Transfer amount of CHQ#283926. (A true and correct copy of the statement reflecting the November 26, 2002 transaction is attached herewith as Exhibit L.)

25. On January 28, 2003, funds in the amount of $2 million were deposited into Rene Moawad's account at Bank of Beirut in Beirut. The deposit consisted of two checks in the amount of $1 million each, Check #014354 drawn on Bank Al-Madina and Check #297006 drawn on United Credit Bank in Beirut. (A true and correct copy of the statement reflecting the January 28, 2003 transaction is attached herewith as Exhibit M.)

26. As with Moawad's American bank transactions, I would need discovery to perform a full analysis of Moawad's transactions with Rana Koleilat, Bank Al-Madina, and UCB. Based on the current record, it is unclear whether these statements reflect the entire transactions or whether the transactions originated or terminated in locations or accounts not reflected on the documents. Accordingly, it is unclear whether additional individuals or

institutions were involved in the transactions. Examples of helpful discovery would be bank records, documentation and information that would detail from where and from whom the funds in these transactions originated, and who was the ultimate beneficiary of these funds. In addition, documentation and records from Bank Al-Madina, United Credit Bank and Bank of Beirut are needed to analyze and determine the true nature of these transactions.

27.     Finally, Moawad must be in possession of personal and business bank records, investment records, and other documentation that would detail his involvement with Bank Al-Madina, United Credit Bank, Bank of Beirut and Rana Koleilat. Moawad's personal and business bank and investment records would be necessary to determine Moawad's involvement with these institutions and his involvement with the other defendants in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Bay Shore, New York, on September 15, 2005

KEVIN J. MCLAUGHLIN

**Exhibit A**



10/16/02-13:44:57                    LOCAL591{FACKs-5555-007233

```
------ --- ----- - Instance Type and Transmission ----- --- ---
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status   : Network Ack
Priority/Delivery         : Normal
Message Input Reference   : 1344 021008INCDLBBEAXXX4317019648
----- --- ----- --- ----- Message Header ----- ----- ----- ---
Swift Input   : FIN 100 Customer Transfer
Sender        : INCDLBBEXXX
             UNITED CREDIT BANK SAL
             BEIRUT LB
Receiver      : PNBPUSRHNYC
             WACHOVIA BANK, NA
             (NEW YORK INTERNATIONAL BRANCH)
             NEW YORK,NY US
----- --- ----- --- ----- --- Message Text ----- ----- ----- --- ----- --
 20: Transaction Reference Number
     UTF/768/02
 32A: Value Date, Currency and Amt.
     Date        : 15 October 2002
     Currency    : USD (US DOLLAR)
     Amount      :          $1,000,000.#
 50: Ordering Customer:
     RENE MOUAD
 52D: Ordering Institution - Address
     VERDUN BRANCH
 56A: Intermediary - BIC
     UBSWUS33
     UBS AG
     STAMFORD,CT  US
 57D: Account With Institution-Addr
     BANQUE SAFRA FRANCE
     101 WA 274151-000
 59: Beneficiary Customer
     / 15344
     ( RENE MOUAD )
 71A: Details of Charges
     BEN
----- --- ----- --- ----- --- Message Trailer -- --- ----- ----- -----
{MAC:F6D00068}
{CHK:702639F42C57}
----- --- ----- --- ----- --- Interventions --- ----- ----- -----
Category      : Network Report
Creation Time : 08/16/02 13:44:09
Application   : SWIFT Interface
Operator      : SYSTEM
Text
{1:F21INCDLBBEAXXX4317019648}{4:{177:021008I344}{451:0}}
```

*Mouawad* (handwritten annotation)

Capital L.L. 31,500,000,000 Fully Paid   List of Banks Number 104 : C.R.B. 60062  Tel.: 01-793795/8/8/9 - 01-793381 Fax: 01-795994 - 01-795994 P.O.Box : 13 6006

**Exhibit B**

10/10/02-12:06:18                    LocalSwiftAcks-5658-007549

------------------------- Instance Type and Transmission -------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack  !
Priority/Delivery        : Normal
Message Input Reference  : 1205 021018QNCDLBBEAXXX4328019954
------------------------- Message Header -------------------
Swift Input   : FIN 100 Customer Transfer
Sender        : UNCDLBBEXXX
              UNITED CREDIT BANK SAL
              BEIRUT LB
Receiver      : PNBPUS3NYC
              WACHOVIA BANK NA
              (NEW YORK INTERNATIONAL BRANCH)
              NEW YORK,NY US
------------------------- Message Text -------------------
20: Transaction Reference Number
    OTF/802/02
32A: Value Date, Currency and Amt
     Date        : 21 October 2002
     Currency    : USD (US DOLLAR)
     Amount             #500,000.#
50: Ordering Customer
    RENE EMILE MOAWAD
52D: Ordering Institution- Address
     VERDUN BRANCH
57D: Account With Institution-Addr
     CHASE MANHATTEN BANK
     ONE CHASE MANHATTEN PLAZA NEW YORK
     NEW YORK 10005, ABA020000021
     CHIPS-UNIVERSAL-ID-279842
59: Beneficiary Customer
    /910-2-591055
    EDF MAN INTERNATIONAL INC. CUSTOMER
    SEGREGATED FUND
    FOR FURTHER CREDIT RENE EMILE
    MOAWAD A/C #653-69305
71A: Details of Charges
     BEN
------------------------- Message Trailer -------------
{MAC:06D290BD}
{CHK:7180X251E953}
------------------------- Interventions -------------
Category      : Network Report
Creation Time : 18/10/02-12:05:06
Application    : SWIFT Interface
Operator      : SYSTEM
Text
{1:F21UNCDLBBEAXXX4328019954}{4:{177:0210181205}{451:0}}

**Exhibit C**

08/15/2005  09:57   5168295803

**United Credit Bank** s.a.l.
Branch : Verdun
Reference : 325541

نقطة الاعتماد المتحدة ش.م.ل

Date : 20/11/2002
Time : 01:09

User Name: NABIL

## *DEBIT / CREDIT*

**Debit**
Account Number : 031 1013151008885000        USD    560,000.00
MOUAWAD RENE EMIL (M. C)          Value : 21/11/2002

**Credit**
Account Number : 031 1010811900001002        USD    560,000.00
HEAD OFFICE             Value : 21/11/2002

Being : OTF/788/02 WACHOVIA BANK

Five hundred sixty thousand and 00/100 U.S. DOLLARS ONLY

Doe1.doc                                    *United Credit Bank* s.a.l.

Head office Mouawad Karametn Street Bvd Al-Madina Bldg. Tel: 01/792279 SBU/B - 01/792301 - Fax: 01/792368 - 01/792305 SWIFT: UNCRLBGE P.O.Box 13-5066 Beirut - Lebanon

Branch : Head Office                    Date : 20/11/2002
Reference : 900314421                   Time : 12.24

User Name: SIHAM

## *DEBIT / CREDIT*

**Debit**
Account Number : 000 1019811900002000        USD    560,000.00
VERDUN BRANCH             Value : 21/11/2002

**Credit**
Account Number : 000 1015351050161903        USD    560,000.00
WACHOVIA BANK NA             Value : 21/11/2002

Being : OTF. 788/02 DB.RENE MOUAWAD

Five hundred sixty thousand and 00/100 U.S. DOLLARS ONLY

e1.doc

                                        *United Credit Bank* s.a.l.

20..1/02-11:46:08

LocalSwiftAcks-5938-008439          20

--- Instance Type and Transmission ---
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery status     : Network Ack
Priority/Delivery           : Normal
Message Input Reference      : 1145 021120UNCDLBBEAXXX4359020827

--- Message Header ---
Swift Input     : FIN 100 Customer Transfer
Sender          : UNCDLBBEXXX
                  UNITED CREDIT BANK SAL
                  BEIRUT LB
Receiver        : PNBPUS3NNYC
                  WACHOVIA BANK, NA
                  (NEW YORK INTERNATIONAL BRANCH)
                  NEW YORK, NY US

--- Message Text ---
20: Transaction Reference Number
    OTF/876/02
32A: Value Date, Currency Code, Amt
    Date          : 21 November 2002
    Currency      : USD (US DOLLAR)
    Amount        : #560,000.#
50: Ordering Customer
    MR RENE MOUAWAD
52D: Ordering Institution-Name & Addr
    VERDUN BRANCH
57A: Account With Institution - BIC
    UBSWUS33
    UBS AG
    STAMFORD, CT US
59: Beneficiary Customer-Name & Addr
    /83680
    FERRIER LULLIN N CIE SA
71A: Details of Charges
    BEN
72: Sender to Receiver Information
    /REC/ ATT MR ASMAR

--- Message Trailer ---
{MAC:A109A6FC}
{CHK:F99CB46D64BB}

--- Interventions ---
Category        : Network Report
Creation Time   : 20/11/02 11:45:05
Application     : SWIFT Interface
Operator        : SYSTEM
Text :
{1:F21UNCDLBBEAJXX4359020827}{4:{177:0211201145}{451:0}}

V.000 Fully Paid   List of Banks Number 106   C.R.B. 46062  Tel.: 01-782704/6/8/9 - 01-792307  Fax: 01-795094 - 01-796096 P.O.Box  11-5086 Beirut

**Exhibit D**

**United Credit Bank** s.a.l.
List of Banks Number 104 - C.R.P. 46062

Branch : Verdun
Reference : 340384

بنك الإعتماد المتحد ش.م.ل

Date : 29/01/2003
Time : 02:17

User Name: ROLA

## DEBIT / CREDIT

**Debit**
Account Number : 031 1012851008885005
MOUAWAD RENE EMIL

Value : 29/01/2003                    USD        1,000,000.00

**Credit**
Account Number : 031 1010811900001002
HEAD OFFICE

Value : 29/01/2003                    USD        1,000,000.00

Being : LOTF#61/03 TO BIC BY WATCHOVIA BK AC PNBPUS3NNYC

O  million and 00/100 U.S. DOLLARS ONLY

Doc1.doc                                                **United Credit Bank** s.a.l.

---

**United Credit Bank** s.a.l.
List of Banks Number 104 - C.R.B. 46062

Branch : Head Office
Reference : 900336902

بنك الإعتماد المتحد ش.م.ل

Date : 30/01/2003
Time : 11:13

User Name: MSAID

## DEBIT / CREDIT

**Debit**
Account Number : 000 1010811900002000
VERDUN BRANCH

Value : 29/01/2003                    USD        1,000,000.00

**Credit**
Account Number : 000 1015351090161003
WACHOVIA BANK, NA

Value : 29/01/2003                    USD        1,000,000.00

Being : LOTF 61/03 FV : RENE MUAWAD

one million and 00/100 U.S. DOLLARS ONLY

Doc1.doc

**United Credit Bank** s.a.l.



بنك الاعتماد المـ
ted Credit Bank s.a.l.

```
-------------------- Instance Type and Transmission ---------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status   : Network Ack
Priority/Delivery         : Normal
Message Input Reference   : 1337 030129UNCDLBBEAXXX4414022626
------------------------- Message Header -------------------------
Swift Input    : FIN 202 General Fin Inst Transfer
Sender         : UNCDLBBEXXX
         UNITED CREDIT BANK SAL
         BEIRUT LB
Receiver       : PNBPUS3NNYC
         WACHOVIA BANK, NA
         (NEW YORK INTERNATIONAL BRANCH)
         NEW YORK,NY US
--------------------------- Message Text -------------------------
 20: Transaction Reference Number
     L/OTF/61/03
 21: Related Reference
     L/OTF/61/03
32A: Value Date, Currency Code, Amt
     Date          : 29 January 2003
     Currency      : USD (US DOLLAR)
     Amount        :           #1,000,000.#
57A: Account With Institution - BIC
     PNBPUS3NNYC
     WACHOVIA BANK, NA
     (NEW YORK INTERNATIONAL BRANCH)
     NEW YORK,NY  US
58D: Beneficiary Institution -Nm&Addr
     BANK OF BEIRUT
     LEBANON
 72: Sender to Receiver Information
     /REC/FURTHER CREDIT FAVOUR RENE
     //NOUAWAD
--------------------------- Message Trailer ----------------------
{MAC:9F2E981D}
{CHK:C6DBE29E2886}
--------------------------- Interventions ------------------------
Category       : Network Report
Creation Time  : 29/01/03 13:37:22
Application    : SWIFT Interface
Operator       : SYSTEM
Text
{1:F21UNCDLBBEAXXX4414022626}{4:{177:0301291337}{451:0}}
```

# Exhibit E

**United Credit Bank** s.a.l.
List of Banks Number 104 - C.R.B. 46662
Verdun BRANCH
Date : 11/12/2002  12:56
REF.: 329504

بنــك الإعــتمـاد المتــحـد ش.م.ل

KOLAYLAT RANA ABDUL-RAHIM

### DEBIT ADVICE

| | | | |
|---|---|---|---|
| AS PER YOUR INSTRUCTIONS, WE DEBIT YOUR ACCCOUNT | AMOUNT | USD | 1,012,500.00 |
| NO. : 031 1012851008986006 | COMMISSION | USD | |
| | FISCAL STAMPS | USD | .00 |

BEING EXCHANGE VALUE TRANSFER OF ERO 1,000,000.00
RATE : 1.01250000

IN FAVOUR OF
MOUAWAD RENE EMIL

SALE DEAL#18950

|  |  |  |
|---|---|---|
| | TOTAL  USD | *1,012,500.00 |
| One million twelve thousand five hundred and 00/100 U.S. DOLLARS ONLY | VALUE: 11/12/2002 | |

**United Credit Bank** s.a.l.

Head office Rasheed Karameh Street Borj Al-Madina Bldg. Tel.: 01/7927956/8/9 - 01/793301- Fax: 01/795094 - 01/795096 Swift: UNCDLBBE P.O.Box: 13-5086 Beirut - Lebanon

---

**United Credit Bank** s.a.l.
List of Banks Number 104 - C.R.B. 46662
Verdun BRANCH
Date : 11/12/2002  12:56
REF.: 329504

بنــك الإعــتمـاد المتــحـد ش.م.ل

MOUAWAD RENE EMIL

### CREDIT ADVICE

| | | | |
|---|---|---|---|
| WE HAVE CREDITED YOUR ACCOUNT NO.: 031 1302851008885000 | AMOUNT | ERO | *1,000,000.00 |
| BY ORDER OF | | | |
| KOLAYLAT RANA ABDUL-RAHIM | | | |

BEING :
SALE DEAL#18950

| | | |
|---|---|---|
| | TOTAL  ERO | *1,000,000.00 |
| One million and 00/100 ERO ( EURO ) ONLY | VALUE: 13/12/2002 | |

THE ENTRY WILL BE FINAL UNLESS WE RECEIVE WITHIN 15 DAYS A WRITTEN REFUSAL FROM YOU.

**United Credit Bank** s.a.l.

**Exhibit F**

**United Credit Bank** S.A.L.

Branch : Verdun
Reference : 339319

Date : 24/01/2003
Time : 01:06

User Name: ROLA

## DEBIT / CREDIT

**Debit**
Account Number : 031 1010811900001002
HEAD OFFICE                    Value : 24/01/2003          USD          1,700,000.00

**Credit**
Account Number : 031 1013531008885000
MOUAWAD RENE EMIL              Value : 24/01/2003          USD          1,700,000.00

Being : TRF FROM HO

One million seven hundred thousand and 00/100 U.S. DOLLARS ONLY

Doc1.doc

**United Credit Bank** S.A.L.

---

**United Credit Bank** S.A.L.

Branch : Verdun
Reference : 339342

Date : 24/01/2003
Time : 01:47

User Name : MOHAMAD

## DEBIT / CREDIT

**Debit**
Account Number : 031 1012851008986006
KOLAYLAT RANA ABDUL-RAHIM      Value : 24/01/2003          USD          1,700,000.00

**COPY**

**Credit**
Account Number : 031 1010811900001002
HEAD OFFICE                    Value : 24/01/2003          USD          1,700,000.00

Being : TRF

One million seven hundred thousand and 00/100 U.S. DOLLARS ONLY

Doc1.doc

**COPY**

**United Credit Bank** S.A.L.

**Exhibit G**

BANK...

KLAILAT RAHA ABDUL RAHIM

3 4 A

INTER-ACCOUNT TRANSFER / DEBIT

CHECKING ACCOUNT-STAFF

In Branch :001

Branch : Hamra
Date : 07/02/2003
Time : 08:44:40
Ref : 88FD01C00B14901

We debited your A/C:0242020026911

Amount Transferred :USD*********15,000,000.00**    Value : 07/02/2003

Only :Fifteen Million USD

Favour of :MOHAMAD RENE EMILE

Description :Transfer A/C - A/C

CUSTOMER SIGNATURE

Capital:L.L.45.540 Billion fully paid. B.L. 105 - C.R.B.46164 - Tel:01/.351296 - 351298 - P.O.Box:113-7221
Capital:L.L.45.540 Billion fully paid. B.L. 105 - C.R.B.46164 - Tel:01/.351296 - 351298 - P.O.Box:113-7221
Capital:L.L.45.540 Billion fully paid. B.L. 105 - C.R.B.46164 - Tel:01/.351296 - 351298 - P.O.Box:113-7221

**Exhibit H**



# BANK AL-MADINA

KLAILAT RANA ABDUL RAHIM

Branch : Hamra
Date : 07/02/2003
Time : 08:43:54
Ref : B&FD00/CV0081/001

**INTER-ACCOUNT TRANSFER / DEBIT**

CHECKING ACCOUNT STAFF

In Branch :001

We debited your A/c:0140206026901

Amount Transferred :LBP#########4,000,000,000##   Value : 07/02/2003

Only :Four Billion LBP

Favour of :MOHAMAD RENE EMILE

Description :Transfer A/c - A/c

CUSTOMER SIGNATURE

Capital:L.L.45.640 Billion fully paid-B.L. 105 - C.R.B.:46184 - Tel:01/357296/357296/357296 - P.O.Box:113-7221?

**Exhibit I**



**United Credit Bank** s.a.l.
Branch : Verdun
Reference : 318855

16A    بنك الإعتماد المتحد ش.م.ل

Date : 17/10/2002
Time : 12:42

User Name : NABIL

### DEBIT / CREDIT

**Debit**
Account Number : 0311010313000110002          USD      250,000.00
HEAD OFFICE                    Value : 17/10/2002

**Credit**
Account Number : 031101353100385000          USD      250,000.00
MOUAWAD RENE EMIL              Value : 18/10/2002

Being : A° 428 CREDIT AC RENE MOUAWAD

Two Hundred fifty thousand and 00/100 U.S. DOLLARS ONLY

*Doc1.doc*                              **United Credit Bank** s.a.l.

Head office Rasheed Karameh Street Bchr Al-Madina Bldg - Tel.: 01/792795/6/8/9 - 01/793301 - Fax: 01/795094 - 01/795096 Swift: UNCDLBBE P.O.Box: 13-5086 Beirut - Lebanon

---

**United Credit Bank** s.a.l.
List of Banks Number 184 - C.R.B. 46061

بنك الإعتماد المتحد ش.م.ل

Branch : Head Office
Reference : 900304134

Date : 17/10/2002
Time : 11:28

User Name : SIHAM

### DEBIT / CREDIT

**Debit**
Account Number : 000 1015341090064002          USD      250,000.00
BANK AL-MADINA S.A.L               Value : 17/10/2002

**Credit**
Account Number : 000 1010611900002000          USD      250,000.00
VERDUN BRANCH                      Value : 17/10/2002

Being : A*428 CR. A/C OF RENE MOUAWAD

two hundred fifty thousand and 00/100 U.S. DOLLARS ONLY

*Doc1.doc*                              **United Credit Bank** s.a.l.



**Exhibit J**

# United Credit Bank s.a.l.

List of Banks Number 104 - C.R.B. 44681

| | |
|---|---|
| Branch | : Verdun |
| Reference | : 322656 |

User Name : BASSAM

| | | | |
|---|---|---|---|
| Date | : 05/11/2002 | | |
| Time | : 12:29 | | |

## DEBIT / CREDIT

**Debit**
Account Number : 031 1010811900001002
HEAD OFFICE

Value : 05/11/2002     USD     638,750.25

**Credit**
Account Number : 031 1013531008885000
MOUAWAD RENE EMIL

Value : 06/11/2002     USD     638,750.25

Being : AMT CRDTD FROM BNK AL MADINA A*464

:hundred thirty eight thousand seven hundred fifty and 25/100 U.S. DOLLARS ONLY

Doc.i.doc

United Credit Bank s.a.l.



**Exhibit K**

**United Credit Bank** s.a.l.
List of Banks Number 104 - C.R.B. 44462

Branch : Verdun
Reference : 322664

بنك الإعتماد المتحد ش.م.ل.
لائحة المصارف رقم ١٠٤ ـ ت.ت.ب ٤٤٤٦٢

Date : 05/11/2002
Time : 12:33

Ster Name: BASSAM

## DEBIT / CREDIT

**Debit**
Account Number : 031 10108119000001002
HEAD OFFICE

USD    2,000,000.00

Value : 05/11/2002

**Credit**
Account Number : 031 10131510088885000
IOUAWAD RENE EMIL (M. C)

USD    2,000,000.00

Value : 06/11/2002

Being : AMT CRDTD FROM BNK AL MADINA A*466

..) million and 00/100 U.S. DOLLARS ONLY

ac1.doc

**United Credit Bank** s.a.l.

# Exhibit L

**United Credit Bank** s.a.l.
List of Banks Number 104 - CR # 24084

Branch : Verdun
Reference : 326478

بنك الإعتماد المتحد ش.م.ل

Date : 26/11/2002
Time : 12:09

User Name: ROLA

## DEBIT / CREDIT

**Debit**
Account Number : 031 1300811900001004
HEAD OFFICE

Value : 25/11/2002          ERO     1,000,000.00

**Credit**
Account Number : 031 1302851008885000
MOUAWAD RENE EMIL

Value : 25/11/2002          ERO     1,000,000.00

Being : TRF AMOUNT OF CHQ#283926

One Million and 00/100 ERO (EURO) ONLY

*Doc1.doc*

**United Credit Bank** s.a.l.

Head office Rasheed Karameh Street Bldg Al-Madina Bldg. Tel : 01/792795/6/8/9 - 01/793301- Fax: 01/795094 - 01/795096 Swift: UNCDLBBE P.O.Box: 13-5086 Beirut - Lebanon

---

**United Credit Bank** s.a.l.
List of Banks Number 104 - CR # 24084

Branch : Head Office
Reference : 900316156

بنك الإعتماد المتحد ش.م.ل

Date : 27/11/2002
Time : 12:27

User Name: SIHAM

## DEBIT / CREDIT

**Debit**
Account Number : 000 1303341800084004
BANK AL-MADINA SUEFF

Value : 25/11/2002          ERO     1,000,000.00

**Credit**
Account Number : 000 1300811900000010
Verdun Branch

Value : 25/11/2002          ERO     1,000,000.00

Being : A*506/02 DB 269 C#283926

one million and 00/100 ERO (EURO) ONLY

*Doc1.doc*

**United Credit Bank** s.a.l.

**Exhibit M**

بنك بيروت ش.م.ل.
BANK OF BEIRUT s.a.l.

R BRANCH
nce No. : C092503    ;29/01/03
    :12:57:21
    O1SO

Checks Deposit

○            ⬤ | RENE EMILE MOAWAD

MIRNA CHALCOUHI
BOULVARD SIN FIL
SIN EL FIL - BEIRUT

JNFIRM RECEIVING THE FOLLOWING CHECK(S)

| NO | DRAWEE BANK | PAYABLE PLACE | VALUE DATE | AMOUNT | COMM. | NET AMOUNT |
|----|-------------|---------------|-----------|--------|-------|------------|
| 554 | BANQUE AL MADINA S.A | BEIRUT | 03/02/03 | 1,000,000.00 | 1.00 | 999,999.00 |
| 006 | UNITED CREDIT BANK S | BEIRUT | 03/02/03 | 1,000,000.00 | 1.00 | 999,999.00 |

Total :USD  2,000,000.00  NET :USD  1,999,998.00

ET AMOUNT CREDITED TO YOUR A/C NO. :11402000857501
JNDER USUAL RESERVES



NO. 014 35 4

**BANK AL-MADINA** CO

USD *1,000,000.00*

PAY AGAINST THIS CHEQUE

TO THE ORDER OF MR RENEH MOUAWAD xxxxx

THE SUM OF 1,000,000.00 USD

إدفعوا بموجب هذا الشيك

THE SUM OF USD One Million end 00/100

لأمر ____ ____

مبلغ ____

PAYABLE AT / يدفع في

MAZRAA
PLACE

28/01/2003
DATE          SIGNATURE

الإمضاء

Head Office
المركز الرئيسي

02.683.800000.00

00.000.999200.02.6

IMAD HAJJ AHMAD
P. B

MONA NASRALLAH
P 23

014 3 54    10 5000 1:    0000 999 2000 2

---

No. 2970 04

**United Credit Bank S.A.L.**
بنك الاعتماد المتحد ش.م.ل
UNITED CREDIT
BANK S.A.L.

USD

#1,000,000.00#

Pay Against This Cheque

To The Ord. Of ***MR. RENE MOAWAD

The Sum Of ***ONE MILLION U.S DOLLARS ONLY *********

1,000,000.00 USD

إدفعوا بموجب هذا الشيك

لأمر ____

مبلغ ____

Payable At / يدفع في
Head Office

VERDUN
Place

28.01.2003
Date

Signature
مكان الإصدار

الإمضاء

100-000-000-0000000-00-0

Rola Younes
P 20/B

Ziad M. Chahine
P 12/A

29 7006    10 4000 1:    000000000000

33/A